UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Suzanne Brown            ) | |
| ) | |
| v.                       ) | 1:20-cv-170-JL |
| ) | |
| United States of America ) | |

### ASSENTED -TO MOTION FOR DISCOVERY DEPOSITION

After her convictions for making false statements on government grant documents, the defendant filed a 28 U.S.C. § 2255 motion alleging ineffective assistance of counsel. The defendant has engaged an accounting expert who has written an expert report in support of the defendant's claim. The Court has scheduled an evidentiary hearing on this matter for the end of September 2020. The government wishes to take the expert's deposition to better understand the opinions expressed. Under Rule 6 of the Rules Governing §2255 proceedings, discovery may only occur by order of the court for good cause shown. The government hopes that allowing the deposition will permit the in-court hearing to proceed more efficiently and focus on those issues that are material and in dispute. For this reason, the United States requests that the Court authorize it to take the deposition of the defendant's expert.

The defendant, through her counsel, Donna Brown, Esq., assents to the relief requested.

Dated: July 15, 2020

Respectfully submitted,
SCOTT W. MURRAY
United States Attorney

By: /s/ Seth R. Aframe
Seth R. Aframe, AUSA
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552
seth.aframe@usdoj.gov