**NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO 6-14-2021**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * *
                                  *
        SUZANNE BROWN             *
                                  *   20-cv-170-01-JL
              v.                  *   September 21, 2020
                                  *   9:25 a.m.
   UNITED STATES OF AMERICA       *
                                  *
* * * * * * * * * * * * * * * * * *
```

TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE JOSEPH N. LAPLANTE

APPEARANCES:

For the Petitioner:      Donna J. Brown, Esq.
                         Wadleigh, Starr & Peters, PLLC


For the Respondent:      Seth R. Aframe, AUSA
                         U.S. Attorney's Office


Probation:               Scott Davidson


Court Reporter:          Susan M. Bateman, RPR, CRR
                         Official Court Reporter
                         United States District Court
                         55 Pleasant Street
                         Concord, NH 03301
                         (603) 225-1453

I N D E X

| WITNESS: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| ANNE LAYNE | | | | |
| By Ms. Brown | 16 | | | |
| By Mr. Aframe | | 66 | | |

1                    P R O C E E D I N G S

2            THE CLERK:  We have for the petitioner, Suzanne

3     Brown, Donna Brown, and for the United States of America we

4     have Seth Aframe.

5            The Court has before it for consideration today a

6     motion hearing in civil case number 20-cv-170-JL, Suzanne

7     Brown versus United States of America.

8            THE COURT:  Good morning everybody.

9            MS. BROWN:  Good morning.

10           THE DEFENDANT:  Good morning.

11           THE COURT:  I see we're convened here on a video

12    conference platform because of the public health emergency

13    caused by the coronavirus pandemic, and I just want to make a

14    record of who I see convened on the screen here.

15           I see the prosecutor, Seth Aframe, from the U.S.

16    Attorney's Office.  I see defense counsel Donna Brown.  I see

17    the defendant in the upper left-hand corner.  Her screen says

18    Brock.  That must be the person whose device she's using.  I

19    see Anne Layne who is the expert witness retained by the

20    defense in this case.

21           There's a number of other names you probably see on

22    your screen.  I see Scott Davidson, the probation officer, as

23    well as several law clerks and -- yeah, law clerks involved in

24    the case at various different times because the law clerks in

25    my chambers have changed over time.

1          Okay.  I've kept you waiting here because I've read

2     everything to prepare for this, all your submissions, all the

3     exhibits.  One thing I wanted to do this morning that took me

4     a little longer than I thought it would, and I started at

5     8 o'clock on this particular part of it, but I wanted to

6     reread the transcript of the February hearing where defense

7     counsel and the defendant testified just to sort of remember

8     because of course defense counsel's performance is at issue

9     here and I just wanted to remember what they had said.

10          It actually explained a lot honestly about I think

11    defense counsel's approach to this now because my big

12    takeaway -- and Attorney Brown, I want you to disabuse me of

13    this if you think I'm wrong, okay?

14          You know, a lot of the focus on that hearing about

15    ineffective assistance of counsel at that point was about

16    handling of the jury question regarding in-kind contribution

17    and failure of counsel at trial to introduce an exhibit that

18    defined in-kind contribution.

19          What I came away from at the time of the hearing,

20    and reading it again this morning kind of refreshed my memory

21    about it, was that what did come out of that hearing was that,

22    you know, the thrust of the defense was this idea of deferred

23    compensation, the idea that compensation could be made later,

24    claimed on the grant form but made later, and that she

25    intended to make -- the defense is she intended to make those

1    payments.  Therefore, rendering these forms on the statements

2    either true or at least not willfully untrue.  That's how I

3    understood it.  The in-kind -- but the nature of in-kind

4    contribution at the end of the day didn't seem to mean much

5    vis-a-vis the bigger picture here.  At least my understanding

6    of it.

7         I want you to know now that if you disagree with

8    me, you can tell me during the hearing, but I view the whole

9    in-kind contribution issue as a red herring -- not a red

10    herring but not helpful.  It's only helpful in the sense that

11    it's an accounting concept that doesn't involve the transfer

12    of cash.

13         Other than that it doesn't really explain or inform

14    anything regarding counsel's choice to focus on -- to focus

15    more or less on the accrual method of accounting and reporting

16    on this form because the in-kind contribution -- I mean, I

17    just don't see how it fits.  I don't see how it matters, and I

18    think I said that at the hearing, and I want you to know I

19    still feel the same way about it.

20         If you think I'm wrong, Attorney Brown, I would

21    like you to tell me that so I can be open to that when I hear

22    the evidence.

23         MS. BROWN:  Okay.

24         So two things I want to clarify.  In terms of what

25    her defense was at trial, I don't think deferred compensation

1    really sort of characterizes it.  The better way to look at it

2    is to look at the indictment.  And basically what she was

3    charged with was representing certain things that weren't

4    true, and the things that she was supposedly representing that

5    weren't true was that she had paid people at the end and that

6    if she was filing that under an accrual basis of accounting,

7    then it wouldn't be a falsehood because if you put down in a

8    form under accrual accounting that you incurred some sort of

9    debt or expenditure, outlay.  We'll go through all the terms

10   with my expert.

11          So I think that articulates the defense at trial

12   better.  That to say -- to submit these forms that, you know,

13   put how much the expense was was not a falsehood because she

14   was not saying she paid it.

15          THE COURT:  Because it was an outlay.

16          MS. BROWN:  Exactly.

17          To address your in kind, I'm going to deal with

18   that briefly today but it might help you to kind of see where

19   I'm going with it.

20          THE COURT:  Yeah.

21          MS. BROWN:  I agree with you it's not a huge part

22   of this.  It's sort of a smaller part of the package and sort

23   of you have to go through these steps.

24          As I understood what the government was doing at

25   trial was trying to point to all these things, the invoices

1  that she created, that she hadn't paid these people, a whole

2  sort of, you know, group of things.

3          And one of the things that was suggested that she

4  did improper was that there -- just kind of the overall lying

5  that was alleged was that she had agreed to put some matching

6  funds in.  That she was going to match -- that was part of the

7  agreement that was -- I know it was asked of Getchell and I

8  think it might have even been asked of Ms. Brown.  So then it

9  comes -- so why that becomes important is I think her response

10  to that was, well, I gave my sweat and my equity, you know,

11  I --

12          THE COURT:  My sweat equity, yeah.

13          MS. BROWN:  Yeah.  So that I did match something.

14  It wasn't -- you know, it wasn't a check, it wasn't money in

15  the bank, but I did match that and I reported that in the

16  SF-270 form.

17          THE COURT:  Okay.

18          MS. BROWN:  I think you're right that it's not like

19  the whole case that in kind wasn't defined appropriately, but

20  I do think it's important and I am going to ask some questions

21  of my expert today.  Especially I think it's important as to

22  the reporting.  It goes to, you know, whether the way she was

23  reporting these things was consistent with regulations and/or

24  consistent with -- or inconsistent with lying I guess would be

25  a better way of saying it.

1           So I agree with you that wasn't the whole case, the

2    in-kind contribution.  I think it was one of many accounting

3    concepts that wasn't where the terms were used as precisely as

4    they should have been, and so I hope that clarifies going into

5    my presentation.

6           THE COURT:  It does.  Thank you.

7           Let me touch on both points then again to put an

8    even finer point.

9           First of all, thank you for that.  The way you

10   explained her defense, you did it with more precision than I

11   did and that is how I understand it, yeah.  It is that her --

12   the defense is that my representations were true because since

13   the grant, since the institute, since Suzanne Brown had

14   incurred these obligations she was entitled to reimbursement

15   through the grant and she filed for it.  That's the bottom

16   line.  I get it.

17          Second, on the in kind, yeah, your description of

18   in kind was how I understand in kind if it does relate to this

19   case at all.

20          The problem is at the last hearing, you know, a lot

21   of the in kind conversations were talking about work produced

22   by the employees, you know, their work done.  There was lots

23   of conversation about that which of course makes no sense

24   vis-a-vis this defense because employees never contribute

25   cash.  They always contribute work or equipment or whatever

1    they contribute which would have nothing to do with this

2    grant.  It would be Suzanne Brown's or the institute's in-kind

3    contribution for which grant reimbursement would be sought and

4    that's -- and I think -- I guess in that context I see your

5    point that it could only ever be a small part of this defense.

6    I get it.  Thank you.

7            That was worth doing because, you know, sometimes

8    at a hearing like this you spend a lot of your time finding

9    out what people are even trying to say and then not listening

10   closely enough to what they actually are saying.

11           Okay.  So I'll let you start now.  You know your

12   burden.  We've already got some evidence in on this because we

13   had a hearing in February, but you have another witness today

14   and I'm of course ready to listen.

15           Anything else?

16           MS. BROWN:  I -- oh, I'm sorry.

17           THE COURT:  Go ahead.

18           MS. BROWN:  I have a couple of preliminary issues.

19           THE COURT:  Okay.

20           MS. BROWN:  They have to do with the exhibit list

21   so I just figured I would mention it now.

22           THE COURT:  All right.

23           MS. BROWN:  We submitted a joint exhibit list on

24   Friday.  And as I thought more about it over the weekend, two

25   things we did not include was the expert report and the expert

1    deposition.  As the Court knows, the parties sent you a copy.

2            I was thinking over the weekend whether that should

3    be added.  I drafted another witness (sic) list putting those

4    on there if the Court thinks they should be on there.  I did

5    send a draft of that to Attorney Aframe.  I just wanted to

6    mention that to the Court.

7            THE COURT:  Can we all agree that the expert's

8    report and the deposition are a part of the record?

9            MR. AFRAME:  Yes.

10           MS. BROWN:  Yes.

11           THE COURT:  Thank you.

12           MS. BROWN:  Okay.  I have them as being Y and Z.

13   The report Y and Z would be the deposition.

14           Something for the Court to think about -- so when I

15   was preparing over the weekend it sometimes gets very

16   confusing because say, for example, at this hearing today I

17   may refer to Exhibit C for this hearing.  Exhibit C is also

18   document 2 and attachment -- in my petition it was also

19   Exhibit H(id).  So as much as possible today, I am going to

20   use the exhibit numbers, but I know in reviewing documents and

21   stuff it can be confusing.

22           I think the government's motion used the exhibit

23   numbers.  So I did sort of a cross reference chart of that

24   using the exhibit list.  I can give it to the Court after the

25   hearing.  It's not every item.  It's like the five or six

1  important exhibits but --

2         THE COURT:  Why don't we try this.  Why don't we

3  try this, Donna.  Because that's a good idea.  I appreciate

4  that.  The first time if you remember, and I'll try to remind

5  you, the first time you introduce an exhibit let's do the

6  cross reference.

7         MS. BROWN:  Okay.

8         THE COURT:  Because, look, obviously there's going

9  to be a circuit review of this, let's face it, whichever way

10 it happens.  So let's try to give them the best, cleanest

11 record we can.

12        MS. BROWN:  Okay.  Great.

13        And then -- and just finally along those same

14 lines.  At any point if I do refer to a docket number, it's

15 always going to be in the underlying criminal case.  The only

16 two documents that I would refer to in the pending petition

17 would be 10 and 11, which 10 is our supplemental petition and

18 11 is their objection.  Otherwise all references to docket

19 numbers will be to the underlying criminal case.

20        THE COURT:  Okay.

21        MS. BROWN:  I don't know how we are going to swear

22 in Ms. Layne.

23        THE COURT:  Hold on a second.

24        MS. BROWN:  Okay.

25        THE COURT:  I just want to ask Mr. Aframe because

1    you and I have been talking now for a little while.

2              Is there anything you wanted to put in the record

3    or say, Mr. Aframe?

4              MR. AFRAME:  Can I just give sort of my Reader's

5    Digest version of what I think the arguments are here or at

6    least my position?  I'll do it very quickly.

7              THE COURT:  Take your time.  Take your time.

8              MR. AFRAME:  So I think there are three undisputed

9    facts that came out at the trial that I don't think Ms. Brown

10   disputed at all in her testimony.

11             Fact one, the purpose of the grant was to pay the

12   contractors.  Fact two was that she never -- that she didn't

13   pay the contractors.  And fact three is she never ended up

14   paying the contractors.

15             So at trial she had to --

16             THE COURT:  Wait.  What's the difference between --

17             MR. AFRAME:  Well, probably not.  Maybe there's two

18   facts.  She was supposed to pay the contractors.  She didn't

19   pay the contractors.  I don't think that was in dispute.

20             So obviously the trial defense had to provide a way

21   to explain that, and the way that it was explained at trial

22   was she declared the value of those services as in kind using

23   the definition of cash accounting on the form which she

24   believed gave her the right to sort of engage in deferred

25   compensation.

1          The government's position was of course she never

2    intended to pay these people.  She used the money for things

3    she wanted to use it for that were outside the scope of the

4    program.  And that was the dispute, right?  She never intended

5    to pay these people or she was declaring deferred

6    compensation.

7          And the way she justified it in her testimony was,

8    the reason I was able to declare it as deferred compensation

9    was this phrase in kind.  The jury found what it found.

10          What this is about is just basically making the

11   same argument but under a different phrase.  Now she says

12   instead of in kind being my way to explain deferred

13   compensation, I should have said accrual.

14          At the end of the day though the question is the

15   same.  Was she lying all along and trying to keep the money or

16   was she truthfully either using the phrase in kind or accrual

17   to say I deferred these people's compensation with the honest

18   intention to pay them later?

19          That was fully litigated under the phrase in kind.

20   As I understand it now, it's just we want to litigate that

21   under the phrase accrual.  I don't think that makes a

22   difference.

23          THE COURT:  Well, I do get your argument.  I get

24   your argument and I understand it.  I guess I have an

25   observation about it.

1          It does seem to be sort of the other side of the

2     same coin, the same argument, right?  But what became clear to

3     me at the last evidentiary hearing is that the in-kind concept

4     wasn't going to get her there.  It just wasn't.  It wasn't

5     going to persuade me that there was ineffective assistance of

6     counsel, number one.

7          And I will say that even though -- even though in

8     some ways same defense counsel should have focused on the

9     accrual method of accounting more as a defense, while it's

10    similar in some ways and has some of the same concepts, like

11    the idea of a significant accounting event that didn't involve

12    the transfer of cash or money, it is more -- I think there's a

13    better chance of being persuasive and meeting their burden

14    under this argument than there was under just hanging their

15    hat on the whole in kind, but I do see how it's similar.  I do

16    see how it's similar.

17         MR. AFRAME:  And I'll say one more thing and be

18    quiet.

19         Obviously you read my papers and you understand

20    that my top line point is she testified that it was in kind.

21    So for the defense to argue something --

22         THE COURT:  No, that it was cash.

23         MR. AFRAME:  I'm sorry.  That it was cash, cash

24    accounting which allowed her to argue in kind, and I'll make

25    that clear.  Now she wants to say it's accrual, and my point

```
 1   is the lawyers don't give her the testimony.  She testifies

 2   truthfully.  So you can't have it both.  I'll stop.

 3           THE COURT:  We'll save it for argument after, and

 4   I'll let --

 5           Attorney Brown, it's your burden.  You can call

 6   your witness.

 7           Donna, you're on mute.  You're on mute.

 8           THE CLERK:  Yeah, I just asked her to unmute.

 9           MS. BROWN:  The defense calls Anne Layne to

10   testify.

11                         ANNE LAYNE

12       having been duly sworn, testified as follows:

13           THE CLERK:  Would you please state your name for

14   the record and spell your last name?

15           THE WITNESS:  It's Anne, A-N-N-E, Layne, L-A-Y-N-E.

16           THE CLERK:  Thank you.

17           THE COURT:  I'll state for the record that we are

18   on a video conference platform again because of the public

19   health emergency but that both sides have agreed to this

20   proceeding which includes sworn testimony and exhibits being

21   conducted on a video conference platform.

22           Please proceed, Ms. Brown.

23           MS. BROWN:  And also I would just note for the

24   record that since we agreed to make Ms. Layne's report part of

25   the record, part of -- a substantial amount of her report is
```

1  her CV, so I'm not going to go into exhaustive detail.  I will

2  give some overview to the Court, but the Court does have her

3  CV.

4       THE COURT:  I've got it right here, yeah.

5                    DIRECT EXAMINATION

6  BY MS. BROWN:

7       Q.    Can you give some quick overview of your

8  educational credentials?

9       A.    Sure.  I have a bachelor's degree in accounting.  I

10  have two master's degrees.  One in business administration, so

11  an MBA, and one in criminal justice.

12            I am a certified public accountant licensed through

13  the state of New Mexico, but our national regulations allow us

14  to practice nationwide.

15            I'm also a certified fraud examiner, which is

16  bestowed by the Association of Fraud Examiners through

17  examination.  I am also a certified anti-money laundering

18  specialist.  And I am certified in financial forensics through

19  the American Institute of Certified Public Accountants.

20       Q.    Okay.  And how would your credentials be different

21  than say someone I might hire to do my taxes?  Like how would

22  that be different?

23       A.    So the CPA credential obviously would be shared

24  amongst some folks who may be hired to do tax work, but there

25  can be different focuses in the accounting industry.  Tax is

 1    one focus, you can have audit as another focus, but the CFE

 2    credential and certified in financial forensics credential,

 3    those give me experience and knowledge to help apply

 4    accounting concepts in litigated matters or instances where

 5    fraud may have occurred.

 6         Q.    And where do you work and for who do you work?

 7         A.    I work for McHard Accounting Consulting, we also

 8    are called the McHard Firms, and we're located in Albuquerque,

 9    New Mexico.  Also with offices in San Diego, California.

10         Q.    And that's where you are right now, correct?

11         A.    I'm in Albuquerque, yes.

12         Q.    So I want to talk more about your experience in the

13    forensic part of accounting.

14               Have you been retained in other legal matters to be

15    an expert?

16         A.    Yes.  Yes, I have.

17         Q.    Do you know approximately how many times?

18         A.    Oh, gosh.  A lot.

19         Q.    Okay.

20         A.    So I started working in forensic accounting in

21    2011, and I actually worked for the State of New Mexico

22    Securities Division assisting prosecutors with allegations of

23    securities fraud.

24               And since moving back to private practice in

25    2013 -- you know, my firm, the McHard firm, I started working

1    for them in 2014, and we average between 40 and 50 cases a

2    year.

3        Q.    Okay.  And have you testified before?

4        A.    Yes, I have.

5        Q.    Okay.  Do you know approximately how many times?

6        A.    In various settings, and I've done everything from

7    grand jury to depositions, probably 15 or so times.

8        Q.    Okay.  And did that include when you were working

9    for the state in securities fraud?

10       A.    Yes, it did.

11       Q.    Okay.  And now that you're in private practice do

12   you do exclusively criminal cases or civil cases or both?

13       A.    We do both.  Probably about 65 to 70 percent of our

14   practice is criminal cases, and we do both sides of the aisle

15   so we will assist prosecutors and we are also hired by defense

16   counsel.

17            And then about 30 percent of our cases are in the

18   civil realm.

19       Q.    Okay.  Have you done other cases like this, and by

20   like this I mean cases where you have been asked to consult

21   with a defense attorney in a criminal case about either grant

22   applications or accounting terms?

23       A.    Yes.  In New Mexico we have a very high volume of

24   federal grant money, and that comes into and out of our state

25   mostly because of the number of Indian tribes that are located

1    in this area of the country.  So that we're frequently hired

2    by those prosecution and defense counsel to assist in matters

3    where federal grant money is at question.

4         Q.    So I want to sort of shift gears a little bit in

5    this case.

6              In terms of government grant regulations and

7    terminology, especially as it applies to accounting or grant

8    regulations, is this a concept that's easily understood by the

9    average lay person?

10        A.    No, it's not.

11        Q.    Why is that?

12        A.    Grant funding, especially federal grant funding,

13   there's a lot of regulations involved, and there's regulation

14   that's kind of an oversight type of regulation that covers all

15   of the federal grant programs.  And then every single federal

16   grant program can have its own regulations that govern it, and

17   those regulations can vary from agency to agency, it can vary

18   from grant to grant, and then specific grants themselves may

19   have additional information in the grant contracts that

20   provide additional guidelines to the grants.

21             So it can be very segregated, very siloed, and so

22   things that may apply to one grant, from let's say the DOJ,

23   are not going to apply to a grant that comes from the USDA.

24   So you have to have a lot of knowledge to be able to navigate

25   the atmosphere to begin with.

1          The other thing that can get very confusing about

2     grant funding is it's accounted for using governmental

3     accounting standards which are different than the accounting

4     standards that are used for let's say like Intel and some of

5     these larger companies that people are more familiar with.

6     The governmental standards are not as clear-cut and a little

7     more nuanced because of the nature of the financial

8     transactions related to government.

9          Q.    Okay.  And as to accounting, are there -- and I'm

10    going to get into specifics in a minute, but as a general

11    rule, are there terms that have specific meanings in

12    accounting that may not translate to the sort of more general

13    lay person understanding of the terms?

14         A.    Certainly in grant accounting there are terms that

15    are specifically defined in the grant regulations, and it's

16    important to understand what those terms are and how they're

17    defined in the grant regulations because something that you

18    may look up on Investopedia or whatever Google throws up at

19    you when you Google the term isn't going to be the same

20    definition as what is used in the grant world.

21         Q.    Okay.

22              MS. BROWN:  Your Honor, at this time I'm going to

23    ask that this witness be qualified -- or that the Court find

24    that she's qualified to give expert opinions in the area of

25    federal grant administration.  Specifically, federal grant

1   administration as it applies to accounting.

2              THE COURT:  AUSA Aframe, position?

3              MR. AFRAME:  No objection.

4              THE COURT:  She may testify in the form of opinion

5   under Rule 703.

6              MS. BROWN:  Thank you, your Honor.

7         Q.   Before I get into your opinions, Ms. Layne, can you

8   review what materials you -- can you explain what materials

9   you reviewed in preparing your report in this case?

10        A.   Certainly.

11             I was provided with the motions and transcripts of

12  motion hearings that were filed by the defendant, I believe

13  one of which was filed by you as well, and I was provided with

14  the trial transcripts and the exhibits.

15        Q.   Okay.  And you list the things specifically that

16  you reviewed in your report?

17        A.   Right.  There was additional items that I pulled up

18  doing my own research like through grant regulations and those

19  kinds of things.  Those are also listed in my report.

20        Q.   Okay.  So I'm going to start off with some terms

21  that apply to this case.  I know you define them, but I want

22  to talk about them specifically at this hearing.  I think you

23  start -- the beginning of your report you talk about the

24  difference between a cash base accounting and an accrual --

25  cash basis accounting and accrual basis accounting.

1          And just so we can have a baseline of what we're

2    going to talk about, can you define those again for this

3    hearing?

4          A.    Certainly.

5          Cash basis accounting means that transactions are

6    reported in the accounting records when cash moves.  So when a

7    check is written out of a bank account, then that transaction

8    is reported.  When a deposit is made into a bank account, that

9    transaction is recorded.

10         Accrual basis accounting the transactions are

11   recorded at the time they occur regardless of when cash moves.

12         So my favorite example to use for this is when you

13   go to a doctor's office.  If you go visit your doctor and your

14   doctor is using the cash basis of accounting, let's say your

15   office visit costs $100 and you go in on the 1st of the month

16   and you pay a $20 co-pay.  Well, your doctor is going to

17   record $20 in revenue on the 1st of the month.  And then your

18   doctor receives an additional $80 from your insurance company

19   on the 30th of the month.  Well, the doctor would record the

20   additional $80 on the 30th of the month.  That's using the

21   cash basis of accounting.

22         In accrual basis accounting the doctor would record

23   all $100 on the day you were in the office.  $20 would be

24   recorded as a cash deposit and then they would have an $80

25   receivable that would then get relieved when they receive the

1    payment from the insurance company.

2         Q.    And do you have an opinion as to whether those

3    terms were used -- for lack of a better word, were they used

4    correctly or according to accepted principles in accounting,

5    were those terms used correctly throughout Suzanne Brown's

6    trial?

7         A.    They were not.

8         Q.    Okay.  And explain that answer.

9         A.    There was very confusing descriptions of what cash

10   basis accounting was.  My recollection of the transcript is

11   that accrual basis was never very clearly defined in the

12   trial.  And there is an oversimplification of what cash basis

13   accounting was, and particularly one of the witnesses

14   described it as, well, when money is spent.

15             I mean, in the accounting world money can be spent

16   without it leaving the bank account, right?  The whole notion

17   of accrual basis accounting is if you have incurred that

18   obligation, so you have an invoice that's coming, that money

19   has been spent and it has been obligated.  So that's something

20   that could work for either version of accounting, and so it

21   wasn't detailed enough and not clear enough to really

22   demonstrate the difference between the two methods of

23   accounting.

24        Q.    Okay.

25             THE COURT:  Wait a minute.

1          Wait a minute, Donna.

2          MS. BROWN:  Sure.

3          THE COURT:  Can you break that down a little bit,

4   Ms. Layne?  Because you defined it as money moving and the

5   witness defines it as money spent, and I understand how a

6   little more detail might have elucidated that, but I mean for

7   a lay person what was unclear about that to a jury?

8          THE WITNESS:  So my -- what I believe was unclear

9   is the notion of spending.  So money moving.  So money leaving

10  a cash account.

11          What I think I'm trying to say is that money can be

12  spent before it leaves the cash account.  So if I purchase

13  something for my business and I get an invoice, that money has

14  been spent technically using the accrual basis of accounting,

15  meaning that that's something that I'm obligated to provide to

16  somebody else even though that money has not left my bank

17  account yet.

18          THE COURT:  Yep.  Okay.  Thank you.

19          MS. BROWN:  And I wanted to clarify that a little

20  bit more.

21      Q.    So as to these types of accounting methods, accrual

22  and cash, what's your opinion as to what was the correct basis

23  of reporting in this case?

24      A.    Based on my reading of the regulations over this

25  grant the accrual basis of accounting was the proper method of

1    accounting in this case.

2        Q.    And in your report I think you said you got that

3    from Exhibit C of the items that we are presenting to the

4    Court today?

5        A.    Yes.  And that's regulation 1942-G.

6        Q.    Okay.

7              MS. BROWN:  And this is a point where I'm going to

8    explain to the Court.

9              So the regulation she just referred to is Exhibit C

10   at this hearing.  It's also document 10.2 in the 2255

11   petition.  It's also Exhibit H for ID at trial.  It never got

12   admitted as a full exhibit at trial.

13             I'm also going to ask the clerk to pull up Exhibit

14   C, which is a fairly lengthy document.

15             When I was looking at it yesterday the page I was

16   looking at was at the PDF counter number 42.  It's at page 13,

17   but it doesn't correspond to the PDF number.  So hopefully we

18   can find it that way.

19             Thank you.  That was good.

20       Q.    Ms. Layne.

21       A.    Yes.

22       Q.    Okay.  So can you point out, and maybe we can have

23   the clerk circle it or draw out the section that controls the

24   grant in this case as to using accrual accounting?

25       A.    Sure.  It's section H, bullet point No. 1, and

1    section H reads, "Provide financial management systems which

2    will include," bullet point 1 stating, "accurate, current, and

3    complete disclosure of the financial results of each grant.

4    Financial reporting will be on an accrual basis."

5         Q.   Okay.  And this again is the 1942-G regulations?

6         A.   Yes.

7         Q.   Okay.

8              MS. BROWN:  Thank you.  You can take that down,

9    Tracy.

10        Q.   Now -- so if there's testimony at trial that refers

11   to the 1942-G, that's what it's referring to is this?

12        A.   That's my understanding, yes.

13        Q.   Okay.  And there were several times during the

14   trial where some of the witnesses referred to the 1942-G

15   regulations, and this would be the document, correct?

16        A.   Yes.

17        Q.   Thank you.

18             Now, is it your understanding that this document

19   that we just looked at did not become an exhibit at trial, it

20   was marked for identification?

21        A.   That's my understanding.

22        Q.   Okay.  So if you had been retained as an expert and

23   called as an expert witness in this case, would you have been

24   able to explain to the Court and the jury why that document,

25   which is Exhibit C, would be relevant to the reporting

1    obligations in this case?

2         A.    Yes.

3         Q.    Now, one thing I want to ask about --

4              MS. BROWN:  Well, actually, if you pull up Exhibit,

5    let's see, X.

6         Q.    Okay.  So this is --

7              MS. BROWN:  And I'm going to just let the Judge

8    know what we're looking at here.

9              So this is Exhibit X for the purposes of this

10   hearing.  It is also document 10-6 that was attached to the

11   2255 petition.  It was also a full exhibit at trial, and it

12   was Defendant's Exhibit P, as in Paul, at trial, and it has

13   the word Sample up at the top.

14        Q.    Do you recognize what this is, Ms. Layne?

15        A.    Yes, I do.

16        Q.    Okay.  What is it?

17        A.    This is a form SF-270, which is the standard form

18   used for requesting advanced grant funds or reimbursed grant

19   funds.  It's used for all federal grant programs.

20             This particular SF-270, my understanding of it is

21   it was one that was provided to the defendant by the granting

22   agency as instructions as to how to fill out the form.

23        Q.    Okay.  And there was some testimony about that I

24   think during the direct examination of Ms. Brown at her trial,

25   correct?

1      A.    Correct.

2      Q.    Okay.  And this form, I'm going to ask you a couple

3  of things about it.

4            MS. BROWN:  Maybe we can have the clerk pull up the

5  top right corner, like top 25 percent of the right-hand

6  corner, and we can see it a little bit better.

7      Q.    But that form has the word cash that's checked

8  off -- obviously we didn't get it all there, but where it says

9  cash and accrual -- yeah, that's perfect.

10           So the box that's No. 2 that has two checkoffs, one

11 is cash and one is accrual, and cash is checked off, correct?

12     A.    Correct.

13     Q.    Okay.  Would that be the correct thing to do

14 following the federal grant regulations we just discussed?

15     A.    This would not be the correct way to mark this form

16 based on regulation 1942-G.

17     Q.    Okay.  And do you recall the testimony of Ms. Brown

18 at trial that she checked this box off on all of the SF-270

19 forms because that's what she was told to do by Ms. Getchell?

20     A.    That is the trial testimony that I read, yes.

21     Q.    Okay.  Now, a couple of other things while I have

22 this form up.

23           To go to, I think it's 1(a) that has two boxes.  It

24 has advance and reimbursement.

25     A.    Yes.

1      Q.    Okay.  What is the difference between those two

2  concepts?

3      A.    So grants -- federal grants are paid out in two

4  different ways.  You can get what are called forward funded

5  grants or advanced grants, which means whoever is provided the

6  grant is provided all of that grant money upfront, and then

7  they use this form to show how they're spending that money.

8            When you receive grant money in advance, there's

9  some additional requirements about it.  It has to be kept in a

10  certain bank account.  That bank account cannot be

11  interest-bearing.  There's additional obligations related to

12  it.  So those are forward funded or advanced grants.

13           Reimbursement grant means that the expenses for the

14  grants have to be incurred before the grant money is provided,

15  and then this form is used to show the expenses that have been

16  incurred so that the granting agency can provide funding for

17  those expenses.

18      Q.    So if in that box we just spoke about between

19  advance and reimbursement -- so reimbursement is the correct

20  box to check off because this was not an advanced grant,

21  correct?

22      A.    That's correct.

23      Q.    Okay.  So when someone checks off that box of

24  reimbursement if they are doing an accrual method of

25  accounting, are they saying I've paid this already?

1    A.    No.  If they're using the accrual basis of

2    accounting, they're saying I've incurred this expense.  So

3    again, with accrual basis you're going to record those

4    transactions as they occur regardless of money coming into or

5    out of the bank account.

6            So if you're recording something on accrual basis,

7    you could have an expense that's incurred, say you've received

8    an invoice, but you may not have paid it yet at the time that

9    you're reporting this to your granting agency.

10   Q.    Okay.  We'll come back to Anne Getchell's advice a

11   little bit later on that, but the box -- if this form was

12   completed in compliance with Exhibit C which applies to these

13   grants, the accrual method of accounting should have been

14   checked off?

15   A.    That's correct.

16           THE COURT:  Wait a minute.

17           MS. BROWN:  Sure.

18           THE COURT:  Ask that question again.  I want to

19   make sure I understood it.

20   Q.    So if this form had been completed consistent with

21   the regulations that apply to this grant, especially as set

22   forth in Exhibit C, would the accrual method of accounting be

23   checked off?

24           THE COURT:  Yeah, I get it.  Understood.

25           MS. BROWN:  Okay.

1          You can take that down, Tracy.  Thank you.

2     Q.    Okay.  I'll come back to reimbursement in a minute.

3          I guess I'll deal with it now because I think it

4     really applies to what you were just saying.

5          To the extent that that's confusing to a lay person

6     that you are saying this is accrual accounting so I haven't

7     paid it, I've just incurred it, but then you're checking off

8     reimbursement -- reimbursement sounds like, hey, I went and

9     bought something and you need to pay me back.  I mean, that's

10    how a lot of us would think about that.  I bought you lunch so

11    now you have to reimbursement me because I spent $20 going out

12    and buying you lunch.

13         So explain how those are consistent.  That it's a

14    reimbursement grant but they haven't paid off whatever invoice

15    or whatever debt they've incurred.

16    A.    Right.  So I think if you want to put it into more

17    lay person terms -- you used the example of somebody

18    purchasing lunch, right?  So if I put a business expense --

19    you know, I'm a business owner so if I take a client or

20    prospective client out to lunch and I use my debit card,

21    that's going to come right out of my bank account and that

22    money has been spent, right?  It's come out of my bank

23    account.  It's going to be reimbursed.  I'm going to get that

24    money back.

25         If I put it on my credit card, technically I have

1   not paid the credit card company for that money yet.  I have

2   still spent the money.  I'm still going to have to pay the

3   credit card company.  If I don't pay the credit card company,

4   they're going to get upset with me.  But that money has still

5   been spent and that's something I can still submit for

6   reimbursement even though that money has not left my actual

7   checking account yet.

8       Q.   Okay.  So under this accrual method of accounting

9   if I incur -- you know, if I put something on my credit card

10  and then submit it to my office to get reimbursed and my

11  office gives me the money before I pay my credit card, that's

12  okay under that method of accounting?

13      A.   Yeah, it's okay.  I mean, in the business realm

14  we're not looking necessarily at credit cards, you know, I'm

15  trying to put it in terms that most folks can understand, but

16  in the business world you have invoices and you have payables,

17  and those are basically operated on the same concept as a

18  credit card where you've purchased something and you pay for

19  it later, and so when --

20           THE COURT:  Invoices and what?  You said in the

21  business realm you have invoices and --

22           THE WITNESS:  And payables I believe is what I

23  said.

24           THE COURT:  Payables?

25           THE WITNESS:  Yes.  I was like, what did I just

1    say?   Invoices and payables.

2         And when I say payables, I'm referring to -- when

3    you receive an invoice in accrual basis accounting, that is

4    put on the balance sheet of the company as a liability  so

5    it's something that is owed by the company, and that liability

6    line item is called accounts payable.  And so you get the

7    invoice and have the payable, it's something that you owe, but

8    you can request reimbursement before you've actually written a

9    check for that payable.

10        Q.    Okay.  As to the term reimbursement -- so there's

11   no such thing as reimbursement accounting?  That's not a

12   thing, correct?

13        A.    No.  That is not a basis of accounting or a method.

14        Q.    Okay.  So this term reimbursement was used a lot at

15   trial from your review of the transcript?

16        A.    Yes.

17        Q.    The way that that term was used at trial, was that

18   a term that -- at least for accounting and grant forms was the

19   term used appropriately during trial?

20        A.    During trial the term reimbursement seems to be

21   confused.  Because when we're talking about reimbursement in

22   this case we're really talking about the method of payment

23   from the government for this grant, and it seems to be

24   confused with how somebody was doing their accounting and

25   those aren't the same things.  So it was not clear to me

1  during reading the trial transcripts and some of the motions

2  and such that were filed after that people really understood

3  how reimbursement applied in this case.

4      Q.    And if you had been retained by trial counsel in

5  this case to testify, could you have explained to the jury

6  what you just explained to the Court right now about how there

7  can be a reimbursement grant that still is following the

8  accrual method of accounting?

9      A.    Yes.

10      Q.    Now, the Judge and I spoke about this earlier, and

11  so I'm going to briefly go through the discussion of in kind

12  and as it applies to matching funding.

13          So there was some discussion at Ms. Brown's trial

14  about the concept that one of the conditions of her grant is

15  that she had to match some of -- or that the organization that

16  she was running had to match some of the grant funding.

17          Do you recall that testimony?

18      A.    Yes, I do.

19      Q.    And there was some testimony about the fact that --

20  there was some question about whether that matching was going

21  on or not or whether it was sufficient, correct?

22      A.    That's my understanding, yes.

23      Q.    And do you also recall that there was testimony

24  that at least Ms. Brown felt that she was contributing

25  something that was matching the funding through her own, for

1    lack of a better word, sweat equity for her own work for the

2    organization?

3        A.    That's my understanding, yes, that Ms. Brown

4    thought she was meeting that requirement through sweat equity

5    or what in the grant and nonprofit world would be called

6    in-kind contributions.

7        Q.    Okay.  To go back to the first part of this

8    question, is that consistent with the regulations for this

9    grant to use your own work on the case to match the grant

10   money?

11       A.    In-kind contributions are certainly allowed in the

12   granting world, and based on the review of the regulations in

13   this case I didn't see anywhere where it was not allowed.

14           Now, in kinds can only be used to fulfill the

15   matching portion of the grant.  It can be in-kind

16   contributions from anybody really.  It could be in-kind

17   contributions from the owner of the nonprofit.  It can be

18   in-kind contributions from other vendors.  I mean, an example,

19   I have a nonprofit that I work with regularly and I just did a

20   bunch of work for them and I did not charge them for my

21   services, and they will now need to account for that as

22   in-kind contributions using what the fair value of my services

23   would have been otherwise.

24       Q.    I guess what I'm trying to say is you can have more

25   than just the owner of the organization or whoever is in

1  charge of the organization contributing an in kind type of

2  situation.  So I was just giving that as an example because

3  that became an issue.

4          So first of all the term in kind, was that used

5  correctly throughout the trial?

6      A.    Much like some of these other terms, there seemed

7  to be some confusion about what exactly is an in kind, and an

8  in kind is basically the value of donated services.  And

9  again, it doesn't necessarily -- there's no qualification as

10  to who provides the services.  As long as they're donated, the

11  person who is providing the services does not receive payment

12  for those services, then the fair value of those services is

13  what is reported as an in-kind contribution.

14      Q.    And as we established, it would have been

15  appropriate or at least consistent with the regulations for

16  Suzanne Brown to report in-kind services as part of this

17  grant?

18      A.    It is appropriate as part of this grant and it is

19  something that I've seen reported for dozens of other grants

20  that I've done work on.

21      Q.    And it could be used to account for her obligation

22  to match the funding?

23      A.    Yes.

24      Q.    And it would have also been consistent with the

25  regulations for her to report any in-kind contributions on the

1    SF-270 forms?

2         A.    Yes.

3              THE COURT:  Attorney Brown?

4              MS. BROWN:  Yes.

5              THE COURT:  Can you bring up the reg again, the reg

6    that --

7              MS. BROWN:  C I think it is, yeah.

8              THE COURT:  About accrual.

9              MS. BROWN:  Was it C or -- yeah, I think it's C.

10             THE COURT:  I'm sorry.  It's right in front of me.

11             MS. BROWN:  That's okay.  It might be easier

12   because it's not a short document.  Tracy has the right page

13   now.  So it's the page that says 13 up in the right-hand

14   corner, and then you go down to H, and it's that first part of

15   H and then the first indented --

16             THE COURT:  Yeah, you totally -- what exhibit are

17   we talking about?

18             MS. BROWN:  C.

19             THE COURT:  C.  I'm looking at C.  You're talking

20   about 13 in the upper right-hand corner?

21             MS. BROWN:  Yeah, I've been looking at it

22   electronically so I know how to get it, but Tracy has got it

23   up on the screen.

24             THE COURT:  Yeah, hold on a minute.

25             MS. BROWN:  She's got the right page.

1              Can you do what you did before, Tracy, pulling out

2  that same section H(1)?

3              THE COURT:  Well, wait a minute.

4              MS. BROWN:  Have you got it?  Yeah.

5              THE COURT:  All I'm seeing is --

6              MS. BROWN:  Yeah, I think when I had it on my PDF

7  it was 42 pages in.  So it's not easy to find.

8              THE COURT:  And these pages aren't numbered.

9              MS. BROWN:  They are not.

10             THE COURT:  So how did Tracy find it?  I'm lost

11  here.

12             MS. BROWN:  I don't know.  It was very great that

13  she did.

14             How did you find it, Tracy?

15             THE COURT:  I got it.  I got it now.

16             MS. BROWN:  You do?  Okay.

17             While I have it, though, there was something else

18  that I'm looking at that I want to ask about since we've got

19  it up there.

20      Q.    Ms. Layne, in that section it says:  Financial

21  reporting will be on an accrual basis.

22             There was some question about this during the

23  deposition about whether filing the SF-270 form was

24  quote-unquote financial reporting.

25             THE COURT:  That's literally the question I was

1    about to ask.

2              MS. BROWN:  Okay.  Great.  I saw that up there and

3    I'm, like, oh, we should address that while --

4              THE COURT:  What makes this financial reporting?

5    What makes the forms that comprise the statements here that

6    were the basis for the indictment financial reporting?  Is

7    financial reporting defined somewhere?

8              THE WITNESS:  So this is another area where working

9    in grants it's not straightforward.

10             So the regulation does not specifically define the

11   SF-270 as a financial report.  Circular A-110, which is the

12   overarching grant regulation, does not specifically define the

13   SF-270 as a financial report.

14             However, there is another document that is issued

15   by OMB every year for grants in accounting and it's known as

16   the Compliance Supplement.  The Compliance Supplement is

17   issued for the use of people who perform audits over grant

18   programs, and in the Compliance Supplement it requires testing

19   of financial reporting.  In the Compliance Supplement the

20   SF-270 is defined as a financial report.  And when auditors go

21   out and do test work related to financial reporting for grant

22   programs, the SF-270 is one of the financial reports that we

23   test and report back to the U.S. government regarding

24   compliance with financial reporting.

25             THE COURT:  Okay.  I mean, I get it.  I guess I

1  didn't have any doubt that, you know, we can find something in

2  the regulatory scheme of the United States that would classify

3  these forms as financial reporting, but I mean your opinion --

4  well, not your opinion because you don't have an opinion on

5  this, but defense counsel's opinion here is that it was

6  ineffective assistance of counsel not to have known that this

7  grant should have been reported under an accrual method when

8  the trial evidence was that it was a cash method.

9         So I mean, I guess I -- you're asking me to accept

10  that this form is financial reporting, and your explanation

11  is, while totally credible, don't get me wrong, it's just that

12  it's very, very attenuated.  I just wanted -- that's the basis

13  though.  I mean, your view is that it's fair to include the

14  270 as financial reporting and you just gave me the

15  explanation why.

16         THE WITNESS:  Right.  I guess I would also state

17  that any accountant who had significant experience with

18  auditing grants or working in the grant world would share that

19  assessment.  As I said, anybody who audits grant programs the

20  SF-270 is included in the financial reporting.  It's not just

21  based on the reading but based on the experience and --

22         THE COURT:  There was twelve of these statements

23  submitted, right?

24         THE WITNESS:  Yes.

25         THE COURT:  I'm asking counsel.

```
1                    Twelve statements submitted?

2            MS. BROWN:  Yes.

3            THE COURT:  Over how much of a period of time?  How

4   many months or years?

5            MS. BROWN:  I know it's at least a year.  It might

6   have been longer.

7            THE COURT:  Let's call it a year.

8            MS. BROWN:  Your Honor, if I can --  oh, I'm sorry.

9            THE COURT:  Let's call it a year.

10           MS. BROWN:  Yes.

11           THE COURT:  Is there any evidence in the case that

12   anybody from the Department of Agriculture said, hey, you're

13   reporting these under the wrong method?

14           MS. BROWN:  There's two things I need to clarify on

15   this, your Honor, because I want to clarify what our argument

16   is.

17           Our argument is not that trial counsel should have

18   figured this out.

19           THE COURT:  Okay.

20           MS. BROWN:  Our argument is trial counsel should

21   have consulted with an expert because this is really confusing

22   and hard to understand and very complex.

23           THE COURT:  Yes.

24           MS. BROWN:  So -- yeah, it took me probably seven

25   months into the case before I figured out what Ms. Brown's
```

1    argument even was.  But when I did, then it made sense, but I

2    don't think it ever made sense to trial counsel.

3              THE COURT:  It took you how many months?

4              MS. BROWN:  Huh?

5              THE COURT:  It took you how many months?

6              MS. BROWN:  I would say six months.

7              THE COURT:  Yet Bjorn Lange and Dottie Graham are

8    ineffective for not having come up with this?

9              MS. BROWN:  No, your Honor.  What I'm saying is

10   because I didn't understand it I consulted with an expert.

11             THE COURT:  Well, sure, but there's lots of -- I

12   mean, there's a myriad of decisions that take place in a

13   situation like this.  I get your point though.  I get your

14   point.

15             MS. BROWN:  I don't want -- I think you're -- I

16   don't want you to think that my point is they should have

17   figured this out.

18             My point is that they should have consulted with

19   someone because it is -- I mean, I think you're actually

20   making my point that this is very arcane, it's very hard to

21   understand, it's very confusing, and that that's why they

22   should have got an expert because the expert could have helped

23   understand some of these concepts.

24             I will also say, too, that --

25             THE COURT:  Wait a minute.

1    Except that there's no evidence in this case

2    whatsoever, not at trial and not at the hearing in February

3    where counsel were on the witness stand under oath, all right,

4    there's no evidence whatsoever that anyone whispered a word to

5    them about accrual basis accounting.

6    Where was this -- how was this question supposed to

7    have been raised in their minds?  It wasn't ever raised to

8    them.

9    And I understand that, sure, if they retained an

10   accountant, it might have been.  I accept that for sure, but

11   they're looking at evidence, all right, that says cash.  The

12   box is checked.  They're looking at, as you just told me, over

13   a year of reporting where no one took issue with it, right?

14   So whether she did it wrong doesn't make it any

15   less true or false, right, and that's what I'm trying to

16   understand here.  I'm unaware of any evidence in this case

17   that defense counsel were alerted to the fact that they should

18   have been thinking of a different reporting or accounting

19   method when the defendant's conduct was analyzed here.

20   Anyway, we're on a tangent, but you did ask exactly

21   the same question I was going to ask.  I guess it was covered

22   at --

23   MS. BROWN:  And I guess -- like I said, I want to

24   clarify that --

25   THE COURT:  You're not saying defense counsel

1    should have -- I get it.  You're not saying --

2            MS. BROWN:  No, but what I do want to clarify is

3    what -- put the whole issue aside of whether they were told

4    about accrual accounting or not.  If they had hired -- the

5    whole idea is that no one came forward and said, hey, you're

6    using the wrong accounting method.  There's a reason for that.

7    The state's main witness didn't know what she was talking

8    about, but I'll get to that in a few minutes.  She didn't

9    understand the form.  She wasn't following the regulations.

10   So my client was being told wrong information about how to

11   fill out these forms, and then she's looking at stuff herself

12   and then she's getting --

13           THE COURT:  Attorney Brown, I get that.  But

14   suppose Anne Getchell told your client you need to report this

15   grant in pesos, okay, and it's wrong, it's nonsense, but your

16   client reported it in pesos.  It doesn't change the fact

17   whether it's true or false.  A false statement is a false

18   statement.  I mean, that's the problem you're -- when you're

19   talking about ineffective assistance of counsel, all right,

20   counsel does have to deal with the trial evidence and the

21   trial evidence in this case, that form, Getchell's testimony,

22   and Suzanne Brown's testimony was cash, not accrual.

23           And we had a hearing in court.  You weren't there

24   yet so you can't be -- you don't own this, okay, but we had a

25   hearing in court where both lawyers and Suzanne Brown was on

1    the witness stand and nobody talked about this.

2         So that's where I'm -- and that's where I wanted to

3    just -- that's not necessarily dispositive, but it helps me

4    understand this financial reporting in --

5         MS. BROWN:  I do want to clarify this because I do

6    think the Court is misunderstanding our argument here because

7    that's a very small part of this.

8         This was very complex, and Attorney Lange admitted

9    that it was complex and hard to understand in the hearing.

10   And the fact that -- as my expert will get to in a minute, the

11   Assistant U.S. Attorney misused terms.  The two very

12   experienced lawyers misused the terms.  So it's very -- the

13   fact that an expert was called for here is very important.

14        But put aside what Suzanne Brown did or didn't tell

15   her lawyers, and I'll get to that later because I have some

16   notes on that.  Even if Suzanne Brown said that she used cash,

17   that doesn't take away from the fact that if they had

18   consulted Ms. Layne, Suzanne Brown wouldn't have needed to

19   testify.  Ms. Layne could have taken down Redmond and she

20   could have taken down Getchell so they had no credibility

21   left, and the lawyers could have moved for a directed verdict

22   or chosen not to call Ms. Brown.  She wasn't even necessary.

23   I've got more arguments on that later, but this whole issue

24   here has to go with this case -- again, Ms. Brown was charged

25   with making a false statement by presenting something saying

1    that I've paid these people when in fact that wasn't true

2    because she hadn't paid them.

3              THE COURT:  Yep.

4              MS. BROWN:  And she did give statements to that

5    effect of that she -- when she certified that, and I'll give

6    you a page number, page 41, she said, "When I signed that

7    certification, I was certifying that I had incurred a

8    liability."  She might not have used the word accrual, but she

9    did say she incurred the liability, and that's what she

10   thought she was certifying and there's stuff to back that up.

11   So that's what I wanted to say about this.

12             And I totally agree with you, it's hard to

13   understand.  It's arcane.  I have about 18 charts just so I

14   can follow it because it's very hard for me to follow

15   sometimes, it's very complicated, but I think that just all

16   the way furthers why there should have been an expert in this

17   case.

18             THE COURT:  Yeah, and I've interrupted you enough.

19   I'm sorry.  I didn't mean to.

20             MS. BROWN:  That's okay.  That's fine.  It might

21   save us time later when we argue this.

22             I appreciate your point at the beginning, your

23   Honor, that -- you know, it would be the same for me if I was

24   following something.  If I knew where someone was going,

25   sometimes it makes it easier to follow them.  So that's why I

1    spent that time clarifying that.

2         Q.    Ms. Layne, we've talked about several terms that

3    were used at trial.  We've talked about reimbursement and

4    accrual accounting and in kind.

5              Some other terms that were used at trial were

6    outlays and expenditures.

7              Can you explain what those terms mean at least in

8    the federal grant world?  And to the extent they were not used

9    correctly at trial, can you explain that?

10        A.    So outlays and expenditures in the federal grant

11    world are pretty much synonymous, so they mean the same thing,

12    and it's basically costs or expenses of the grant that have

13    been incurred.

14        Q.    Okay.  And were those terms used consistent with

15    federal grant regulations at trial?

16        A.    No.  And I think the big issue at trial is there

17    are times where outlays and expenditures, it was almost like

18    they were not the same thing even though they are considered

19    the same thing in the federal grant world.  And the other

20    thing is that in trial these things need to be tied to -- if

21    there is an outlay or an expenditure, it has to be attached to

22    the cash payment, and that's not accurate either.

23        Q.    And just so I'm understanding you, so what you're

24    saying is sometimes at trial when those terms were used it was

25    suggested that they referenced someone paying someone as

1    opposed to someone incurring an expense?

2        A.    Right.  So, you know, going back to cash versus

3    accrual in the trial, the use of those terms made it sound

4    like that a check had to be written for one of those things to

5    have occurred where in fact only just an invoice had to be

6    presented or there had to be some kind of obligation to pay

7    somebody for there to be an expenditure outlay.

8        Q.    Now, I want to talk about Anne Getchell's

9    testimony.

10        Do you have an opinion -- obviously you don't know

11    what's in her mind, but at least as to what she explained at

12    trial, do you have an opinion as to what she testified to in

13    trial as to whether she had the correct information as to how

14    the federal regulations applied to the grant in this case?

15        A.    It's my opinion that she did not.  The biggest

16    being that she's instructing folks and she says in her

17    testimony that cash basis was appropriate to be used in this

18    grant when the regulation clearly says it's not so I --

19        THE COURT:  The regulation clearly says it's not,

20    that's the testimony now, after you just told me I've got to

21    dive five levels to find out?  I mean -- okay.

22        THE WITNESS:  I mean, to me it's clear.  I don't

23    know the easiest way to put it.

24        THE COURT:  Seriously.  Let's have the expert talk

25    about accounting, not about the proof in this case or what

1    people understood.  I mean really?

2              MS. BROWN:  Well, the reason I am going here, your

3    Honor, is what the -- well, my next question would be if you

4    had been retained as an expert, could you have refuted the

5    testimony or called into question the credibility -- I don't

6    think credibility is a good word.

7              THE COURT:  I do get it.  I do get it.  Expert

8    material.

9         Q.   Would you have called into credibility whether Anne

10   Getchell was knowledgeable about federal grants?

11        A.   If I had been hired as an expert, I would have been

12   able to review the documents and point out the same things

13   that I've pointed out during this hearing which the attorneys

14   may have been able, you know, not trying to assume what

15   attorneys do, but may have been able to use that information

16   in the trial.

17        Q.   So the attorneys may not have figured it out but if

18   they had consulted with you, you would have figured that out

19   for them?

20        A.   Yes.

21        Q.   Okay.  And if they -- like at trial there was a

22   time where I think, I forget which one of the attorneys was

23   trying to get the Exhibit C, which is this 1942-G, the

24   attorney was trying to get that into evidence through Ms.

25   Getchell but didn't succeed in that.

1          Do you remember that?

2     A.   Yes.

3     Q.   Okay.  And part of why the attorney didn't succeed

4  in getting Exhibit -- what we now know is Exhibit C into

5  evidence is because Ms. Getchell really wasn't familiar with

6  it, right?  Do you remember her testimony that she wasn't --

7  well, she knew what it was, but she couldn't quote it verse

8  and --

9     A.   That was -- my understanding of the testimony was

10 that there wasn't -- Ms. Getchell couldn't recall exactly what

11 was said and wasn't able to specifically quote that grant

12 regulation.

13    Q.   Okay.  And as a grant administrator, would that

14 have been part of her duties to know what type of accounting

15 method applied to the reporting in this type of grant?

16    A.   In my opinion, yes.

17    Q.   And were there other things that Ms. Getchell --

18 you would have been able to, for lack of a better word,

19 impeach her testimony about that she testified about in this

20 trial?

21    A.   I would have been able to provide clarity as to

22 what cash basis accounting versus accrual basis accounting is.

23 And, you know, there's several other concepts, outlays versus

24 expenditures and in kinds, a lot of the things that we've been

25 discussing at this hearing.  If I had been engaged by counsel,

1   I would have been able to provide clarity as to those

2   definitions.

3        Q.   Okay.  At document 39, page 79, Anne Getchell

4   testified that she instructed Brown that when she filled out

5   the grant forms, that by filling them out she was

6   "representing that the money had been spent."

7             Would that have been a correct statement consistent

8   with the regulations we just reviewed?

9        A.   Yes.  And as I said earlier, the money has been

10  spent in that it was either a check was written or the expense

11  was incurred and that there was an invoice or something to

12  that effect.  That spending does not equal cash coming out of

13  a bank account.

14       Q.   Okay.  So if Ms. Getchell meant that it had been

15  spent in terms of someone got a check, that wouldn't have

16  necessarily been consistent with how this should have been

17  reported?

18       A.   That's correct.

19       Q.   We may have covered this earlier when we were

20  talking about -- I think it's Exhibit X.

21            Would you have been able to testify that Anne

22  Getchell gave Suzanne Brown incorrect instructions as to how

23  to fill out the SF-270 form?

24       A.   Yes.

25       Q.   And specifically what would you have been able to

1    testify to?

2        A.    I would have been able to testify that according to

3    the grant regulation 1942-G that financial reporting, which

4    SF-270 in my experience being a financial report was required

5    to be performed on the accrual basis of accounting, and

6    therefore marking that form as cash basis and including it on

7    the cash basis would have been incorrect based on the grant

8    regulation.

9        Q.    Okay.  And you also said in your report that Ms.

10   Redmond, R-E-D-M-O-N-D, also there were errors in her

11   testimony as well?

12       A.    Yes.

13       Q.    Okay.  And just to kind of refresh the Court's

14   memory, Ms. Redmond was one of the investigators in this case

15   who looked at some bank records, and most of her testimony was

16   reviewing bank records and charts that she had put together

17   for the prosecutor's office.

18             Do you recall that testimony?

19       A.    Yes.

20       Q.    And can you explain why Ms. Redmond erred in her

21   testimony?

22       A.    There was a lot of focus in Ms. Redmond's testimony

23   on this expense was incurred but we don't see activity coming

24   into and out of the bank account.  And when you're looking at

25   the concept of in-kind contributions, there would never ever

1    be any cash activity into and out of the bank account in
2    in-kind situations.
3            Also when you're looking at the accrual basis of
4    accounting, again the expense may be incurred but at the time
5    the expense was incurred there may not be a cash transaction.
6    I believe one of the facts in this case is that some of those
7    expenses were never paid.  So in that instance there would
8    never be a cash transaction despite the fact that those were
9    incurred and were a liability to the company.
10       Q.    Okay.  And accepting that accrual accounting
11   applied to this, to the extent that Ms. Redmond's testimony
12   was suggesting that money came in but it wasn't immediately
13   going out to, like, you know, in fact getting a check for
14   $5,000 to pay Mr. Smith, then the check should immediately go
15   out to Mr. Smith, if that -- you know, that is not necessary
16   for accrual accounting to report that debt to Mr. Smith,
17   correct?
18       A.    Right.  That liability can be incurred and that
19   amount can be owed without cash ever leaving the bank account.
20       Q.    Okay.  I have a couple of other about some things
21   that were said at trial.
22            The government argued that the defendant knew that
23   the grant conditions required the defendant to make
24   expenditures to the contractors first and then seek
25   reimbursement from the USDA for already made payments since

1    that was the language used in the letter of grant conditions

2    executed by the defendant.

3            I'm not asking you what the defendant knew, but to

4    the extent the government was arguing that the grant agreement

5    and grant regulations required expenditures before filling out

6    these forms, is that correct?

7        A.   Yes.  And to clarify it when we're talking about

8    expenditure, that can be something that is incurred but not

9    yet paid.  So you can have an expenditure without having a

10   check leaving a bank account.

11       Q.   And to the extent that the government was

12   suggesting that she had actually already compensated or paid

13   the person in question before she submitted these payments,

14   would that statement be correct?

15       A.   Well, on the accrual basis of accounting you can

16   submit those expenditures as part of your financial reporting

17   on the SF-270 prior to actual payment, so a check being cut

18   out of a bank account being made.

19       Q.   So to the extent it was suggested to the jury that

20   the grant agreement required people to be paid, for lack of a

21   better word, I know that's not an accounting word, but that

22   people be paid before she submit the SF-270s, that wouldn't be

23   a correct statement then?

24       A.   That would not be a correct statement.

25       Q.   Another statement that was made --

1          THE COURT:  Well, wait a minute.  Are you saying it

2     wouldn't be correct as a matter of accounting or it wouldn't

3     be correct as a matter of the evidence presented to the jury

4     in this case?  Because there's a very big difference.

5          MS. BROWN:  I guess I can clarify my question.

6          My question was whether -- if the government argued

7     that the grant in this case required that the money be -- that

8     the person -- that the expenditure actually be paid before it

9     be submitted and be reimbursed, then my understanding is --

10          THE COURT:  It's the same question though.  Are you

11     asking her as a matter of federal law or are you asking her as

12     a matter of the evidence the jury heard in this case?  Because

13     that's the evidence the jury heard in this case.

14          MS. BROWN:  I know, and that's why we think my

15     client didn't get a fair trial because it was suggested to the

16     jury that if she's submitting stuff that she hasn't paid, then

17     she's lying.  And our defense is that's not -- as I said, my

18     client testified that when she was certifying, she was

19     certifying she had incurred a debt.

20          Our argument is the government suggested that she

21     knew that by submitting these forms it was for something that

22     had already been paid, and that's not consistent with the

23     grant or the grant conditions either because the grant

24     conditions reference this Exhibit C.

25          THE COURT:  I get it.

1          MS. BROWN:  Okay.

2      Q.   So my next question, Ms. Layne, is the government

3   also argued that 1942-G that we've been referencing provides

4   that all reimbursement requests must be accompanied by

5   documentation to evidence expenditures.  Expenditures means

6   the act of expending something, especially funds.  And the

7   government in their motion refers to the dictionary definition

8   of expenditure.

9          Is the dictionary definition of expenditure the

10  same as what would be used in federal grant regulation

11  accounting?

12     A.   It's not, and I believe I clarify that a little

13  more in my report because I can't spout off the definition

14  verbatim, but there are differences between the two.

15     Q.   Okay.  Now, in my motion I make reference to the

16  fact that the government had on several occasions used the

17  term common sense as to some of these concepts that we're

18  dealing with, especially common sense in terms of you have to

19  pay somebody before you can get reimbursed, that we all

20  understand that that's how reimbursement works.

21         Does that understanding in terms of common sense

22  apply to federal grant accounting?

23     A.   No.  Definitely not for a lay person.  I mean, you

24  have folks who have experience working in this world doing the

25  accounting for this world, doing audits in cases of reports

1    where it may make more sense and, you know, it's kind of like

2    where I'm like, yeah, of course it makes sense to me that the

3    SF-270 is a financial report, but to a lay person this is not

4    common sense.

5            MS. BROWN:  That's all the questions I have right

6    now, your Honor.

7            At some point before we finish I want to speak with

8    my client.  I would rather do it now because I don't want to

9    get charged with going beyond the scope of redirect.

10           THE COURT:  Okay.  Let's --

11           Jadean, let's create a quick breakout room for

12   defense counsel and the defendant so they can talk for a

13   minute.

14           THE CLERK:  Okay.  I will do that.

15           (Attorney Brown and Suzanne Brown go into a Zoom

16   breakout room)

17           THE COURT:  Attorney Brown, you can resume.

18           MS. BROWN:  Okay.

19           Can I have the clerk pull out the bottom paragraph?

20   Thank you.

21      Q.   Now, Ms. Layne, what's on the screen right now is

22   Exhibit E.

23           MS. BROWN:  And just for the Court and for the

24   record, Exhibit E for purposes of this hearing is also

25   document 10-8 and 10-9.  It's broken up into two exhibits for

1   the petition.  And it was also Exhibit K for identification

2   only at trial.  It was not a full exhibit.

3        Q.   So, Ms. Layne, I'm going to ask you about this

4   section of Exhibit E, and is that something you're familiar

5   with?

6        A.   Yes.  Exhibit E is Circular No. A-110.  Circular

7   A-110 is the overarching regulations that are issued by the

8   Office of Management and Budget for federal grants to

9   nonprofit organizations.  At least it was at the time of this

10  case.  It has since changed.

11       Q.   Okay.  Would it be fair to say that the OMB

12  regulations that we're going to talk about right now are more

13  overarching and that the 1942-G are more specific to the

14  particular type of grant that Suzanne Brown had or her

15  organization had?

16       A.   Yes.  Circular A-110 covers all federal grant

17  programs that are -- or all federal grant monies that are paid

18  to nonprofit organizations; whereas 1942-G would be specific

19  to the program through the USDA.

20       Q.   Okay.  So I'm going to go through this paragraph

21  with you.

22            The first sentence says that, "The federal awarding

23  agency shall prescribe whether the report shall be on a cash

24  or accrual basis."

25            So this is the OMB saying this, correct?

1        A.    Correct.

2        Q.    Now, the agency we're talking about here is the

3   USDA, right?

4        A.    Yes.

5        Q.    Okay.  So consistent with that sentence we just

6   read, has the USDA prescribed either cash or accrual

7   accounting as to the federal grant that Suzanne had?

8        A.    According to 1942-G it prescribed accrual

9   accounting.

10       Q.    Okay.  So the next sentence of this from Exhibit E

11  said, "If the federal awarding agency requires accrual

12  information and the recipient's accounting records are not

13  normally kept on an accrual basis, the recipient shall not be

14  required to convert its accounting system but shall develop

15  such accrual information through best estimates based on an

16  analysis of the documentation at hand."

17            What does that mean?

18       A.    So each -- every entity that exists in the United

19  States that has accounting records chooses, unless otherwise

20  prescribed, sometimes tax levels or compliance can require a

21  certain basis of accounting, they choose what basis of

22  accounting that they use.

23            Smaller organizations tend to use cash basis

24  accounting because it's less intensive and it's easier to

25  track.

1      And what this is saying is that if you have an

2  entity that is using the cash basis of accounting and the

3  grant requires accrual basis, the entity doesn't have to go

4  back and do all of their accounting.  They can just use

5  accrual basis for the purposes of the reporting.

6      Q.    Okay.  So consistent with Exhibit C, OMB, formerly,

7  this former regulation, it's not in effect now but was in

8  effect at the time, can a person have cash accounting for

9  their organization and then do accrual accounting for their

10  federal grant reporting?

11      A.    Yes.

12      Q.    And so hypothetically if that's what Suzanne Brown

13  was doing as to the organization in question here, that would

14  have been consistent with federal grant regulations?

15      A.    Hypothetically, yes.

16          MS. BROWN:  I have no further questions.

17          THE COURT:  I know you're about to start, Mr.

18  Aframe.  Just let me think for a minute.

19          Attorney Brown, let me ask you a question.  I

20  understood the import of what you just developed with the

21  witness and how it fits in.

22          I guess my question is this, though.  What is there

23  in the trial record -- and I haven't answered this in my head.

24  I just want to see if we're on the same -- what is there in

25  the trial record though that would lead a trier of fact or

1    this Court to believe that what Ms. Brown was doing was

2    running the institute at least in its grant administration and

3    reporting function on an accrual basis as opposed to a cash

4    basis?

5              MS. BROWN:  So she didn't use that word but she

6    used terms consistent with it.  And I'll go through this more

7    in my summary so I won't go line by line, but she did testify,

8    as I think I mentioned earlier, that when she was certifying

9    these forms, she was certifying that she basically had -- that

10   the services had been rendered but not necessarily paid, and

11   I'll have the exact quote for that when we go into arguments

12   later.

13             She also talked -- I think the thing that's most

14   telling about this, your Honor, is when you go back through

15   the transcript, and this is where it kind of made sense to me.

16             K and H for ID, which are now C and E, her lawyers

17   tried to get those in but they couldn't.  And they couldn't

18   because they didn't have an expert and they couldn't because

19   Anne Getchell couldn't lay the foundation for them, but they

20   were trying to get them in for a reason.  And they were trying

21   to get them in for the very reason that I got them in today,

22   which was to show, like, yeah, on page 40 whatever it says

23   accrual basis of accounting, and on page I think it's page 44

24   of E that it says that a person can have two kinds of

25   accounting.  You can have cash accounting for your business,

1    your organization, and then accrual accounting for the grant

2    application.

3            So there are points in there -- like she vehemently

4    disagrees with Attorney Aframe who tries to say, you know,

5    reimbursement means you already got the money and you want to

6    get paid back.  She said, no, no, that's not how I interpreted

7    this.  That's not how I interpreted what I was doing.

8            But there are several points in there, and I've got

9    them outlined for my argument, where she is saying that I felt

10   I was complying with the regulation by submitting for expenses

11   incurred as opposed to things that were actually paid.

12           I think the problem happened is that her lawyers

13   didn't have an expert to articulate that and she was not able

14   to -- they weren't able to get out of her that in a way, you

15   know, in a way that I think was important.

16           I think two things are very telling about why

17   that's credible.  One is the lawyers were trying to get these

18   forms.  So why would the lawyers try to be getting in these 80

19   pages of, you know, federal grant regulations into trial,

20   ultimately unsuccessful, and that's because she wanted them to

21   even if they weren't quite sure what they were going to get

22   out of it, but they didn't succeed because Getchell was like,

23   I don't know.

24           The other thing I think very credible about this

25   defense -- and again I'll give you the citation later.  As the

1    Court very well knows, there was a lot of litigation on

2    ineffective assistance of counsel between the trial and the

3    sentencing and direct appeal, and I will say I think I agree

4    with the Court that it was probably better to wait to do this,

5    especially now that we've got an expert.  There was not an

6    expert on board at that time.

7              But at one of those hearings Suzanne said exactly

8    what -- and I think it was May.  I wrote it down here

9    somewhere.  But she -- I think she was frustrated with

10   Attorney Wiberg at that point not getting her point, and she

11   said -- she explained just what I explained, that she had two

12   kinds of accounting.  She had one for her organization, and

13   she understood that she was supposed to do accrual accounting

14   even though she didn't say the word accrual.  And I think

15   that's extremely credible because she said that before she had

16   an expert, you know, she didn't have -- this is the first time

17   she's had an expert.  So she was on the record saying this

18   back -- I'm just going to grab it over here, my notes --

19   February 5th.  This is document 74 -- yes, document 74 which I

20   think is in the record.

21             So she says this before an expert has come on board

22   to this case, and I think that's huge because the expert is

23   now backing that up.  You know, if she had, you know, come in

24   today and said, oh, now that the expert says, yes, it was

25   accrual, yeah, I'll go with that, that sounds like a good

1    defense, but she didn't.  She said that like, you know, two

2    years ago and before we had an expert on board because

3    Attorney Wiberg didn't have an expert.

4            So that's where we're going with this is that if

5    you go and pick pieces out of her testimony, you can see that

6    it's there.  Is it coherent?  Is it, you know, is it a good

7    defense?  No, because she didn't have an expert to explain it

8    and her lawyers I think didn't understand it, either.

9            So that is our point, that she's been saying that

10   all along.  Her lawyers didn't understand it, and it was

11   complicated, and she didn't have an expert.  So that's where

12   we're going with that.

13           I've got some arguments that I can give you

14   specific citations later of where she says what to show that

15   there was nuggets of it there, but it was not presented in a

16   coherent fashion.

17           And I think also because terms got thrown around

18   like cash and in kind.  And another thing, she was, you know,

19   the mastermind here, and she missuses some terms, too.  I

20   don't think it's intentionally so, but, you know, I may have

21   misused terms today.  It's complicated.

22           THE COURT:  No, I think I do understand now.

23           MS. BROWN:  Okay.

24           THE COURT:  I definitely understand now, and it is

25   actually a little problematic.  And the whole in kind

```
 1    conversation was just a big distraction that doesn't really --
 2              MS. BROWN:  I agree.  That's not central to our
 3    defense.
 4              THE COURT:  No.
 5              MS. BROWN:  And when I went back and looked at it,
 6    because I was meeting with our expert to prepare, even
 7    Suzanne's definition of in kind wasn't right.
 8              THE COURT:  No.  The only way in kind would have
 9    mattered was if it was some kind of contribution by the
10    institute that she was claiming reimbursement for, and that
11    wasn't the way it was discussed.
12              It doesn't matter.  Let's not talk about it.
13              MS. BROWN:  Yeah, I agree that it's a smaller
14    point.
15              MR. AFRAME:  I don't want to concede that.  I want
16    to ask some questions about why in kind is relevant.
17              THE COURT:  Okay.
18              MS. BROWN:  Okay.
19              THE COURT:  I do see how it has a conceptual
20    connection.
21              MR. AFRAME:  No, I think it has a real relevance.
22    Can I start with asking questions about that maybe?
23              THE COURT:  If you would like, yeah.  Actually, I'm
24    glad we had that conversation just now because it probably
25    helps Attorney Aframe approach some stuff with the expert.
```

1          So go ahead.

2                          CROSS-EXAMINATION

3     BY MR. AFRAME:

4          Q.    So let me just jump to that.  It's totally out of

5     order, but I do have some questions about that.

6               So in accrual accounting as I understand it, Ms.

7     Layne, you are declaring obligations that are owed, right?

8     You owe them, you have a debt to someone, and you can declare

9     it on the books at the time that you incur the debt, right?

10         A.    That's correct.

11         Q.    And so a simple example is I receive a bill from a

12    contractor and it says I owe them a thousand dollars.  If I'm

13    using accrual accounting, I can book a thousand dollars,

14    correct?

15         A.    Correct.

16         Q.    What happens if the contractor offers -- sends me a

17    bill for a thousand dollars but I want to book $5,000?  Can I

18    do that under accrual accounting, just decide that I'm going

19    to declare $4,000 more than the bill I received?  Does accrual

20    accounting allow that?

21         A.    No.

22         Q.    But that would be -- you could characterize that as

23    an in-kind contribution, couldn't you, that additional 4,000?

24    Like if your services, if you provided them at a cut rate for

25    an impoverished client and only charged them 5,000 but your

1    services are really worth 10,000, that other 5,000 would be an

2    in-kind donation to the client, wouldn't it?

3        A.    It could be, and I think there's better ways to --

4    I mean, there's obviously better ways to account for that.  I

5    mean, if it were me providing the services, I would have

6    provided an invoice for 10,000 but only accepted payment for

7    the 5,000 and indicated on the invoice that the additional

8    5,000 was in kind.  But again, I'm an accountant.  I'm a

9    little particular about such things.

10        Q.    But the idea that someone would -- that the

11    institute would say that they got more out of the person than

12    they billed, I'm focusing on accrual accounting now, that

13    wouldn't be something you could write down as accrual

14    accounting.  You would need another way to record that,

15    wouldn't you?

16        A.    So let me make sure I understand what you're asking

17    as well.

18            So if you had a vendor who provided you with an

19    invoice for a thousand dollars and they only performed work

20    worth a thousand dollars, the only thing you could put in your

21    accounting records would be a thousand dollars.

22        Q.    Right.

23        A.    If you had somebody who provided $5,000 worth of

24    work only provided you with an invoice for a thousand dollars

25    and said the additional $4,000 was an in-kind contribution,

1    well, best practice would be to obtain an invoice for the full

2    $5,000 and explain the $4,000 worth of in-kind contribution.

3              If the in kind did in fact exist, you would report

4    that in your accounting records as an in-kind contribution.

5         Q.    Okay.  So you reviewed the evidence in this case,

6    right?

7         A.    Yes.  Well, the evidence presented at trial to be

8    clear about that.

9         Q.    Yes.  The contractors submitted invoices, correct?

10        A.    Yes.

11        Q.    Ms. Brown had other invoices under their names that

12   were for higher amounts, correct?

13        A.    Yes.

14        Q.    And so if we take -- when someone actually sends a

15   bill, that's what they're asking to be paid, that's what could

16   have been declared as an expense under accrual accounting,

17   right?

18        A.    Again, it would depend when you look at the in-kind

19   situation.  For example, going back to when I performed work

20   for a nonprofit, I did a completely pro bono engagement for a

21   nonprofit, I still sent them an invoice for $10,000.  They

22   recorded that as an in-kind contribution which would show up

23   as an expense.  It would also show up as revenue, but they did

24   record it as an in-kind contribution even though I was never

25   going to get paid for that invoice.

1      Q.   So my question again is, when the contractor sent a

2  bill to Ms. Brown, it's fair to say that's the amount being

3  requested by the contractor, right, in real dollars?

4      A.   Unless there's an in-kind amount included in that

5  invoice.

6      Q.   Okay.  And there was no testimony that that was the

7  case, right?

8      A.   I don't recall seeing any testimony from the

9  contractors that there was an in-kind amount.  I do recall

10  seeing testimony from Ms. Brown that there was.

11      Q.   And we're not doing this for a jury so I'm sure the

12  judge understands my point, which is there was a difference in

13  the amounts between what the contractors sent in actual

14  billings from them and what Ms. Brown put on invoices that she

15  submitted to the USDA, correct?

16      A.   There were differences, yes.

17      Q.   Okay.  And if the contractors were only billing

18  what they thought they would be paid in dollars -- I

19  understand your hypothetical, but accept my premise.  That

20  what could be declared under accrual accounting is the actual

21  debt in real money that Ms. Brown took on which is what the

22  contractor billed, correct?

23      A.   If no in-kind amounts were included in that

24  invoice, then, yes, it would just be the amount.

25      Q.   Okay.  All right.

1          So let me turn to Exhibit A today, which is Ms.

2    Brown's pleading in this matter.  So just the first page.

3          So the first paragraph says here, "It was not until

4    after Suzanne Brown met with the grant administrator," on a

5    certain date, "that she discovered that the grant

6    administrator gave her incorrect advice about accounting for

7    the federal grant she administered to help local farmers.

8    After the meeting Brown, who has an MBA and was a business

9    professor, researched the federal regulations and found the

10   proper accounting method for the grant was the accrual method

11   of accounting."

12          Did I read that right?

13   A.    Yes.

14   Q.    And we go down to the third paragraph, "When she

15   met with the grant administrator, Brown was given a prefilled

16   SF-270 form with the cash box checked off.  In an effort to

17   follow both the instruction of the grant administrator and the

18   federal regulations, Brown used the prefilled SF-270 form with

19   the cash box checked off and used the accrual method of

20   accounting to complete the rest of the form."

21          Did I read that right?

22   A.    Yes.

23   Q.    And the next page, so the first sentence, "Using

24   the accrual method of accounting, Brown calculated and

25   reported the expenses that she had incurred, such as the

 1    salaries of employees working for the grantee."

 2            Did I read that right?

 3        A.    Yes.

 4        Q.    And, "Prior to trial, Brown told her lawyers that

 5    they needed to understand the federal regulations relating to

 6    the accrual method of accounting to competently represent her

 7    at trial."  Right?

 8        A.    Yes.

 9        Q.    So according to this, Ms. Brown all along

10    understood that she was doing accrual accounting but -- was

11    filling out the SF-270 using an accrual method, but because

12    Anne Getchell told her to do something else, she did it Anne

13    Getchell's way but was actually doing accrual accounting,

14    right?

15        A.    That's what the document says, yes.

16        Q.    And you read Ms. Brown's trial testimony, right?

17        A.    Yes.

18        Q.    That did not come up at all, did it?

19        A.    It did not.

20        Q.    And in fact every SF-270 has the box checked that

21    says cash, correct?

22        A.    Correct.

23        Q.    And in fact if we bring up hearing Exhibit G and we

24    go to page 45, it says in the middle here -- this is me

25    examining -- sorry.  This is Mr. Lange examining Ms. Brown:

1          What did you understand -- would you blow up

2  instruction 11(a)?  What do you understand the instruction to

3  be telling you about how you were supposed to complete the

4  SF-270?

5          Instruction 11(a) is the instruction for cash and

6  accrual, right, and we'll look at that in a second, right?

7      A.    Yes, it is.

8      Q.    And what it says here is -- this is Ms. Brown, "For

9  that instruction I understood for a request prepared on a cash

10  basis, as our accounting method was cash outlays," and then

11  she goes on to read the definition that is in 11(a) for the

12  cash basis, correct?

13      A.    Correct.

14      Q.    And she does not mention there at all this whole

15  thing, that she understood she was supposed to do it based on

16  accrual but instead she chose to do cash because she wanted to

17  comply with Ms. Getchell's requirements and didn't tell Ms.

18  Getchell that Ms. Getchell had made some kind of mistake.

19  None of that is here, right?

20      A.    That is not there.

21      Q.    And you read her whole testimony, and we're not

22  going to go through all of it, but it's not anywhere, is it,

23  in her trial testimony?

24      A.    It is not.

25      Q.    Even at the hearing before Judge Laplante after the

1    trial that's not clearly articulated either?

2        A.    That's correct.

3        Q.    So the first time you saw in this pretty voluminous

4    record that this idea of accrual accounting came up was when

5    Attorney Brown filed this document in July -- April of 2020.

6    Is that right?

7        A.    That's correct.

8        Q.    Okay.  Thank you.

9            And so a lot of your testimony here -- I just want

10    to make sure I understand the linchpin of your testimony

11    because a lot of the criticisms you made of government

12    witnesses and the government's arguments were that the

13    government made its arguments based on the assumption that Ms.

14    Brown used cash method accounting to fill out the SF-270 and

15    used the definition on the back of 11(a) that correlated with

16    cash basis accounting, right?  The government made arguments

17    based on the cash basis definition, right?

18        A.    There were a lot of arguments made on the cash

19    basis definition.

20        Q.    And the linchpin of what you're telling us today is

21    that was all wrong because of your opinion that cash basis

22    accounting can't be used, only accrual basis accounting can be

23    used to fill out the SF-270?

24        A.    That was based on my reading of the grant

25    regulation.

1      Q.    Right, right.  You have an opinion and it's based

2  on something that I want to talk about, but when you say that

3  everyone's questions were either wrong or misunderstood,

4  that's because they didn't understand what is your central

5  point, which is that accrual accounting has to be used?

6      A.    Yes.

7      Q.    But they're not incorrect questions or incorrect

8  statements if in fact cash accounting was used, right?

9      A.    That's correct.

10      Q.    Because that's about money actually leaving the

11  bank.  So, for example, one of the criticisms is that Ms.

12  Redmond looked at monies leaving the bank, right, as a way to

13  say, hey, these people were not paid, and that's a criticism.

14  You say that those weren't statements she should have made,

15  right?

16      A.    They were statements she should have made because

17  the grant requires everything to be reported on an accrual

18  basis for the grant.

19      Q.    Okay.  So that answers my question.  So that's why

20  they're mistakes is because accrual accounting was required?

21      A.    Yes.

22      Q.    Okay.  And so if we look at C, and so page -- let

23  me just get to it.  Sorry.  Page 13 is the one that you talked

24  about, correct?

25      A.    Yes.

1    Q.    And at that -- tell me again, what is essential to

2    you about that?

3    A.    That on page 13, and section H, bullet point 1, the

4    regulation states:  Financial reporting will be on an accrual

5    basis.

6    Q.    Okay.  And then the real key point is that in your

7    opinion the SF-270 is a financial report and therefore

8    requires an accrual basis?

9    A.    Yes.

10    Q.    Okay.  So let's look at page 7 of the same

11    document.  This is the same document, right?

12    A.    Yes.

13    Q.    And you've seen this before.  We showed it at your

14    deposition, right?

15    A.    Yes.

16    Q.    And there's a section there that talks about

17    reporting, right?

18    A.    Yes.

19    Q.    And I think you'll agree with me that the SF-270 is

20    not identified in section J?

21    A.    It is not identified in this regulation.  That is

22    correct.

23    Q.    And a different report is the SF-269, and in fact

24    Ms. Brown did complete those in this case?

25    A.    That's correct.

```
1                    THE COURT:  Wait a minute.
2                    Attorney Aframe, can you slow down?  That's not up
3        on the screen, right?
4                    MR. AFRAME:  I'm seeing it.
5                    THE COURT:  Okay.  Then give me a second.  Orient
6        me again then.  Report -- okay.
7                    MR. AFRAME:  Right there, yeah.
8                    THE COURT:  Okay.  I'm getting kind of a cut off --
9        oh, it's not cut off.  It's because my --
10                    MR. AFRAME:  It's because -- yeah.
11                    THE COURT:  Okay.  Give me a minute.
12                    Okay.  What was the question about this?
13                    MR. AFRAME:  So this is -- so remember this is
14       along the lines of the question I think the Court was asking,
15       which is the linchpin of Ms. Layne's testimony is that at page
16       13 this same document requires accrual method to be used for
17       financial reporting.
18                    THE COURT:  Yep.
19                    MR. AFRAME:  So now I'm in the same document and
20       I'm trying to point out, well, what does reporting mean, and
21       there's a section called Reporting and it does not mention the
22       SF-270.
23                    THE COURT:  Okay.
24                    MR. AFRAME:  That's my point.
25                    THE COURT:  Thank you.
```

1          MR. AFRAME:  And if we can, Tracy, go to the prior

2   page, page 6, and this section called Fund Disbursement.

3      Q.   That talks about the use of the SF-270 to obtain

4   funds under the grant, correct?

5      A.   Correct.

6      Q.   And that doesn't refer to the SF-270 as a report,

7   does it?

8      A.   That language in this regulation does not refer to

9   it as a report.

10     Q.   Okay.  That's the only mention of the SF-270 within

11  the regulations, right?

12     A.   Within this regulation, yes.

13     Q.   Right.  And let me turn to hearing Exhibit H.

14          This is the letter of conditions that Ms. Brown

15  signed in relation to the grant.  You've reviewed this?

16     A.   Yes.

17     Q.   And if we turn to the fifth page of that, there

18  there's a number 14, there's a discussion of disbursement of

19  funds?

20     A.   Yes.

21     Q.   And that mentions the SF-270?

22     A.   Yes, it does.

23     Q.   But it doesn't call it a report, does it?

24     A.   It does not.

25     Q.   And if we go to just the next page at number --

1  sorry, same page, excuse me.  In the middle of the page at 16

2  it talks about reports to the agency and it goes on to the

3  next page?

4      A.   Yes.

5      Q.   And nothing in this section of the letter of

6  conditions refers to the SF-270 as a report, right?

7      A.   That's correct.

8      Q.   And I went through this same line of questioning

9  with you in the deposition and you gave the same answers,

10  right?

11      A.   Yes, I did.

12      Q.   And at that time you did not mention to me a

13  document used by auditors who may do grant reporting that

14  you've testified to today does identify the SF-270 as a

15  report?

16      A.   Yes.  During the deposition I mentioned that I

17  considered a financial report based on my experience using it

18  as an auditor and that those are the instructions that are

19  provided to auditors while we're doing these.

20          It wasn't until after the deposition that I was

21  able to locate that document.  I had not located it

22  previously.

23      Q.   Okay.  And Attorney Brown provided me that document

24  this morning.  Where did you find that document?

25      A.   It's publicly available --

1      Q.   Okay.

2      A.   -- on the website.

3      Q.   Okay.  And when did you find that document?

4      A.   The same day as the deposition.  I think I sent it

5  to Attorney Brown within an hour of the conclusion of the

6  deposition.

7      Q.   Okay.  So -- I mean, I've set out -- you agree the

8  report is not identified anywhere in these documents, but your

9  opinion is based on the plain language of 1942 and a document

10  you subsequently found in OMB materials that discuss how an

11  auditor should go about their business?

12      A.   And, you know, to be clear, it's a document that I

13  was familiar with prior to the deposition.  I just had not

14  located the particular language prior to the deposition.

15      Q.   Okay.  So other than the plain language, your

16  experience, and the auditor document, are there any other

17  reasons you think that it is -- the only interpretation of the

18  materials here is that the SF-270 had to be completed on an

19  accrual basis?

20      A.   That's my opinion, yes.

21      Q.   But have I hit all the reasons for that opinion?

22      A.   Yes, you have.

23      Q.   Okay.  I just want to understand accrual accounting

24  better.

25           You agree with me that Ms. Brown never did pay the

1    contractors, at least to your knowledge, right?

2        A.    To my knowledge the contractors were not.

3        Q.    So if she had -- and so the definition of accrual

4    is an obligation is taken on, right, and it doesn't matter

5    when the cash moves, right?

6        A.    That's correct.

7        Q.    But for that to be correct at some point the cash

8    may have to move, right?

9        A.    At some point.  I mean, it could theoretically stay

10   as liability and something that the company owes, but there

11   would come to be some point in time where eventually that

12   obligation would either need to be fulfilled or discharged.

13       Q.    Okay.  And here it was not?

14       A.    That's correct.

15       Q.    And you talked about reimbursement and you made the

16   point that reimbursement can exist in parallel with accrual,

17   right?

18       A.    Yes.

19       Q.    And that's the credit card example, right?  I used

20   the credit card but then I seek my employer to reimburse me,

21   right?

22       A.    Right.

23       Q.    If I never paid back that credit card --

24       A.    Yes.

25       Q.    -- can I keep the reimbursement?

1    A.    You can.  Your employer paid you for something that

2  you incurred.  And at that point in time, especially in a

3  personal type of relationship, the argument starts between you

4  and your credit card company that you haven't paid your credit

5  card bills.

6    Q.    But you don't think if I never pay my accrued

7  obligations and somebody reimbursed me because I made a

8  declaration that I did something under accrual accounting, I

9  wouldn't have to pay back that reimbursement?

10    A.    I think it would depend on the nature of the

11  reimbursement and the agreement.  You were using a particular

12  example of an employer, but it would very much depend on the

13  information surrounding whatever agreement you had regarding

14  that reimbursement.

15            MR. AFRAME:  Okay.  Can I see hearing Exhibit T?

16            I don't see it.  Does anyone else?

17            THE COURT:  It says Tracy has started the screen

18  share, but it doesn't show up.

19            THE CLERK:  She has to re-sign on to her TrialPad

20  between exhibits.  A lot of time it loses the Internet

21  connection so it takes her a minute.

22            MS. UHRIN:  I'm connected now.

23            Which exhibit was it?

24            MR. AFRAME:  Sorry.  T.

25    Q.    So this is a letter from Ms. Brown.  Are you

1    familiar with this letter, Ms. Layne?

2        A.    I have seen it, yes.

3        Q.    Okay.  And this was a letter that -- when the USDA

4    started to ask questions to Ms. Brown about what happened with

5    the second grant at least, she wrote a letter setting forth

6    her response, right?

7        A.    Yes.

8        Q.    And this is that response.

9            MR. AFRAME:  And I want to move into the fourth

10   paragraph.  If we could blow up the fourth paragraph.

11       Q.    And it says:  As for the entire disbursement of

12   both federal funds and matching dollars was to compensate

13   myself and Julie Moran for our work, we both volunteered to

14   accept the funds into the institute's payroll account but then

15   to immediately automatically return them to NHIAF to support

16   our mission.  The funds were to be re-released to us back at

17   such time as the institute improved its cash position.

18           Did I read that basically right?

19       A.    Yes.

20       Q.    Okay.  And so that was a -- what she's describing

21   there is the monies were given to the contractor, Ms. Moran,

22   and Ms. Moran immediately gave them back such that they stayed

23   with the institute so that the institute could use them for

24   other reasons, right?

25       A.    That's my understanding of that statement, yes.

1    Q.    And the reason this letter was written was to

2    respond to questions about potential improprieties in the

3    SF-270s, right?

4    A.    That's my understanding as well.

5    Q.    And if one were actually doing accrual accounting,

6    right, one would not need to go through these machinations of,

7    I gave the money to Ms. Moran.  She gave them back.  We put

8    them back in and the institute could use them.  Essentially,

9    Ms. Moran gifted them back?

10    A.    Well, my understanding with this is that the monies

11    never left the NHIAF bank account.

12    Q.    Okay.  Right.

13    A.    So they never actually -- there was never a check

14    cut.  They just remained in the bank account.

15    Q.    But you would agree with me there's a lot of

16    procedure discussed in those sentences, wouldn't you?

17    A.    There is a lot of procedure.  And in this instance

18    you would want to have that well-documented that something

19    like that occurred because then the question would be, well,

20    why wasn't this actually paid out?  Especially with the mind

21    that this should actually --

22    Q.    I guess my question is, wouldn't it have been a

23    much simpler response to say, well, I used accrual accounting,

24    I was going to pay her later?

25    A.    But that doesn't accurately describe the nature of

1    the transaction.  Because if Ms. Moran decided to donate that

2    money back, there wouldn't necessarily remain an obligation

3    for that to be paid.

4        Q.    Then making it an in kind -- then what would it

5    become, an in-kind contribution?

6        A.    No, it would just be a donation because that should

7    be cash that should have been paid out but instead of getting

8    paid out was kept within the company as a donation.

9        Q.    But you would agree with me that at the same time

10   that she's writing all of this she's saying -- in the first

11   document I read to you she's actually using accrual

12   accounting?

13       A.    Yes.

14       Q.    Okay.

15            THE COURT:  Ms. Layne, let me ask you a question.

16            THE WITNESS:  Sure.

17            THE COURT:  My accounting expertise comes from an

18   undergraduate course I took in the late 1980s -- actually the

19   mid 1980s.  I don't remember a lot about it, but I do remember

20   covering cash and accrual accounting.

21            THE WITNESS:  Uh-huh.

22            THE COURT:  Is that a yes?

23            THE WITNESS:  Yes.  Sorry.

24            THE COURT:  I mean, so should I assume that's a

25   very sort of basic fundamental rudimentary concept for

1    accounting, right?

2          THE WITNESS:  Yes.  I would say that you could

3    label it as Accounting 101.

4          THE COURT:  Right.  Like undergrad accounting?

5          THE WITNESS:  Yes.

6          THE COURT:  Thanks.

7          Well, let me ask you another question about this

8    that we're looking at on the screen, because I think I

9    understood where counsel was going but then we got off track.

10          What about this puts anybody on notice, puts the

11    recipient of the letter on notice, this paragraph or anything

12    else in the letter, that the defendant understood herself to

13    be administering any aspect of this grant with an accrual

14    accounting method?

15          THE WITNESS:  This paragraph does not illustrate

16    that, and you are correct in that there's nothing in the

17    letter that does illustrate that.

18          THE COURT:  Okay.

19    Q.    And there was nothing -- again, you read her whole

20    testimony at trial.  She never says she's using accrual

21    accounting, right?

22    A.    That's correct.

23    Q.    And again, the first time that appears on the

24    record in a way that at least I understood it was when

25    Attorney Brown filed her pleading in this 2255 when she was

1   appointed?

2        A.    That's correct.

3        Q.    Even though that -- I mean, that document does say

4   that Ms. Brown knew this all along, but that's its first

5   appearance in the record that anybody else can see?

6        A.    Based on my analysis of the records, yes.

7        Q.    Okay.

8              MR. AFRAME:  And can I go to -- so I'm going to

9   have to add this to the exhibit list because it's one of the

10  documents that Ms. Brown identified today.  So we'll call it

11  Exhibit AA, which will be document number -- the hearing

12  transcript that's document No. 41 on the underlying record.

13             If we could go to page 64.

14       Q.    So this is me asking Ms. Brown for her definition

15  of in kind, and she goes on to describe, "In kind means like a

16  barter and it has a fair market value," and then she says,

17  "The value gets calculated into the reimbursement and you have

18  to have dollars for all those things, for indirect expenses,

19  for cash payments, and a fair market value for in-kind or

20  third party in-kind services.  And what the contractors were

21  delivering and myself, for example, was third party in kind

22  because we didn't receive dollars in return.  We deferred our

23  compensation."

24             Did I read that right?

25       A.    Yes.

1      Q.    And so she is making in kind to mean deferred

2   compensation, and in your testimony I imagine you're going to

3   say that's inaccurate, right?

4      A.    That is inaccurate.

5      Q.    So Ms. Brown put her own definition on in kind, but

6   she very clearly says in her mind in kind allowed deferred

7   compensation?

8      A.    That's what the testimony appears to say, yes.

9      Q.    Okay.  And if an expert were called, what the

10   expert would have said is, this is the wrong label.  The right

11   label should have been accrual.

12           That's what you're going to say, right?

13      A.    Well, not necessarily because in kind and deferred

14   compensation are concepts under the accrual basis of

15   accounting.

16      Q.    Okay.  All right.  Well, let me stop you there.

17   This is an important point.  Let me stop you there and then

18   come back to that, okay?

19           So can I just -- well, I think I can ask this

20   question without bringing it up.

21           Generally speaking that may be what accrual

22   accounting is, but the definition in the SF-270 uses the term

23   in kind only for cash and not accrual, correct?

24      A.    That's correct.

25      Q.    Okay.  So she's reading the SF-270 and if that

1    talks about in kind, it's only talking about it in terms of

2    cash, right?

3        A.    Yes.  And the reason for that is because cash basis

4    accounting would not account for in-kind contributions because

5    it's only going to show what was coming into and out of a cash

6    account; whereas in accrual basis accounting it's already

7    going to be included in your records so it would not be

8    something that you would have to add to whatever numbers you

9    were reporting.

10       Q.    All right.  Well, you've gone beyond my ken there,

11   but you agree with me that the words in kind only appear with

12   cash?

13       A.    In the instructions on the form that is where the

14   words in kind appear.

15       Q.    Okay.  And she checked the boxes that said cash on

16   all the forms?

17       A.    Yes.

18       Q.    And we already read her testimony that she believed

19   she was filling it out on a cash basis?

20       A.    Yes.

21       Q.    And she wanted to make a point or an argument that

22   what she was doing was telling the USDA that she was deferring

23   compensation?

24       A.    That is how I read that testimony, yes.

25       Q.    And you read the trial testimony and the

1  government's response was, that's not true, she never intended

2  to pay these people at all?

3      A.   Yes.

4      Q.   And so that was firmly presented to the jury as a

5  dispute.  Was it deferred compensation or was she just never

6  intending to pay them at all, right?

7      A.   That is my understanding of what was presented to

8  the jury, yes.

9      Q.   And so the fight here, what an expert would have

10 added was to change the nomenclature.  We probably shouldn't

11 have been talking about this deferred compensation idea under

12 the rubric of in kind but maybe under the rubric of accrual?

13     A.   It would have clarified the difference between an

14 in-kind contribution which never requires repayment and would

15 never be recorded as any kind of obligation and deferred

16 compensation which would have had some kind of agreement which

17 would have required repayment at some later point, and there

18 would have been additional work done regarding what exactly

19 that meant in the context of all of the documents available in

20 this case.

21     Q.   But nevertheless, the defendant -- when you read

22 the trial evidence, you understood that the defendant's

23 argument was I deferred compensation?

24     A.   It wasn't clear to me how much of the deferred

25 compensation was actually deferred compensation and how much

1    of it was in kind which would have never required repayment.

2        Q.    Well, I mean, I just read to you here where she

3    says deferred compensation -- the problem is some of it wasn't

4    deferred compensation because she billed, she submitted

5    invoices for more than the people actually billed, right?

6        A.    I don't think I would agree with that statement.

7        Q.    Okay.

8            THE COURT:  Read the statement again, please.

9            MR. AFRAME:  That the reason that she couldn't --

10   that there was a problem in saying this was all deferred

11   compensation is that there were actual invoices from the

12   contractors that asked for certain dollar amounts and she

13   submitted invoices to the USDA well in excess of those

14   invoices.

15           So she's basically saying I think that part of it

16   was deferred compensation and part of it would have been an

17   in-kind contribution.

18           THE COURT:  All right.  And you don't accept that,

19   Ms. Layne?

20           THE WITNESS:  I think that's not the understanding

21   I got from Attorney Aframe's statement.

22           The understanding I got was because Ms. Brown

23   submitted invoices that were higher that it wouldn't have been

24   deferred compensation.  It wasn't clear to me if that higher

25   amount included an in-kind contribution or not.

1          THE COURT:  The way he just said it now though, do

2     you accept that?

3          THE WITNESS:  I accept that if those inflated

4     amounts included in-kind contributions, that that would not

5     all be deferred compensation and that both of those things

6     would have existed.

7          Does that make sense?

8          THE COURT:  I don't know.  I mean, if she requested

9     more than the invoices -- the invoices represented more than

10    the work.  So I guess what he wants to know is, how does

11    accrual have anything to do with that?  That's what I want to

12    know.

13         THE WITNESS:  Well, what wasn't clear to me from

14    reading the trial testimony and looking at the exhibits was if

15    those invoices were really for more than the work performed or

16    if there was additional work performed that was an in-kind

17    contribution that wasn't included on the original invoices and

18    then another invoice was submitted that had the in-kind

19    contribution included.

20         THE COURT:  Well, I don't think there's evidence of

21    that in this case.  I mean, let's talk about the case, not

22    about some imaginary case.  Let's talk about this case.  I

23    mean --

24         THE WITNESS:  Well, and that's what -- your Honor,

25    that's what I'm trying to say is that based on the evidence

1    that was presented at trial I don't think that there was

2    enough evidence provided that would show that one way or

3    another, and I don't know that documents exist in this case

4    that would prove it one way or another.

5         Q.    The testimony was that Ms. Brown at the end of the

6    month would sit down and do a bunch of estimates and

7    calculations to come up with what she thought the fair market

8    value was of their services and she submitted that as the

9    invoice.

10        A.    And my understanding of that was the purpose of

11   that exercise was to properly account for in-kind

12   contributions that the contractors were providing.

13        Q.    Okay.  And then they later sent a bill for a lesser

14   amount?

15        A.    Right.  Because if they were providing in-kind

16   services, those were donated services that they would not have

17   been paid for.

18        Q.    Okay.  I agree with that.

19        A.    So the invoice for the lesser amount would have

20   been for what they expected payment for.  As I said, best

21   practice would have been to send an invoice for the full

22   amount in explaining the difference between in kind, but, you

23   know, as we can see in this case, not everybody uses best

24   practices.

25        Q.    Okay.

1          THE COURT:  Just so it's clear, Attorney Brown has

2     stated that the in kind aspect to this case is not part of her

3     theory anymore, all right?

4          You want to somehow inject it, Mr. Aframe, and I

5     don't see where you're going with it.  I know you're doing it

6     in good faith, but I think you're trying to get to the point

7     that she requested more grant reimbursement than work that was

8     performed and -- are you trying to account for the difference?

9          MR. AFRAME:  Well, I was trying to get the expert

10    to say that, yes, accrual accounting would have been only used

11    for actual billings and she had a problem.  The reason she

12    didn't tell us about accrual accounting is it would have led

13    into the argument that you can't use accrual accounting

14    because you didn't declare the actual billings, you declared

15    some number that you calculated that is some other number, and

16    under accrual accounting nobody asked you to pay them that.

17    It's not a debt.  And so there was a reason that we're not

18    seeing accrual accounting show up until after she's convicted,

19    after a direct appeal, because it would have been a bad trial

20    argument because she didn't request the amounts that she was

21    billed.  She requested some other number.

22          A label you can put on some other number that does

23    make sense is they volunteered that.  It's an in-kind

24    contribution to my organization.

25          THE COURT:  Right.  An in-kind contribution.

1          MR. AFRAME:  Yes.  It has an in-kind value that I'm

2    declaring.  That that fit a problem in the case which was she

3    didn't bill USDA for the bills she got from the actual people.

4          THE COURT:  But I don't remember any evidence in

5    this trial about these people donating in-kind contributions.

6          MR. AFRAME:  They testified they did not.  So she

7    made an argument that they're not telling the truth, this is

8    what really happened, and she made a good argument.

9          I guess what I'm trying to say, Judge, is she made

10    a good argument and she lost.  The argument made sense, she

11    lost, and now we've seen a different argument and that's not

12    how this works.  That's what I'm trying to say.

13          THE COURT:  I get it.  I get it.

14          Everybody please look at your calendars right now

15    for me, including the expert witness, please.

16          Are people available -- I mean, my days are

17    literally full every single day all day it seems like.  So I

18    might move something else.

19          Are people available Thursday at 1:30 p.m.?

20          THE WITNESS:  Yes, your Honor, I am.

21          THE COURT:  Thank you.

22          MR. AFRAME:  So I actually am not.

23          THE COURT:  All right.  What time are you available

24    Thursday in the afternoon?

25          MR. AFRAME:  I have a meeting at noon in Boston

1    with the FBI.  I could change it or I could appear from there
2    probably somehow.
3              THE COURT:  Yeah, you probably could actually.  I'm
4    sure you could, but I don't want to ruin your whole trip.  I
5    mean, will your meeting be over by 1:30?
6              MR. AFRAME:  Probably not.  We're looking at
7    evidence in another investigation.
8              THE COURT:  Okay.  Let me look at something else.
9              Getting into Friday is further away from right now
10   than I want to get.  Wednesday is LASER for the second half of
11   the day.  Tomorrow is full literally all day.
12             Let's just continue.  I've got something to do now,
13   but we'll just go anyway.  So just keep going.
14             MR. AFRAME:  Well, I'm done with my questions.  I
15   mean, I think that, you know, I just sort of made my point to
16   you, and asking more questions that will put us in circles
17   isn't going to help.
18             THE COURT:  I get it.
19             MS. BROWN:  I just was going to inquire, your
20   Honor, how long you want -- I haven't had a break since 9:00
21   because I was meeting with Ms. Brown during what was the break
22   for everybody else.
23             THE COURT:  Oh, I'm sorry.  I'm actually sorry.  I
24   don't want to put you in that position at all, Ms. Brown.
25             MS. BROWN:  Okay.

1          THE COURT:  Hold on a second.

2          How do people look Wednesday morning same time as

3    today, 9 o'clock?

4          MR. AFRAME:  Fine with me.

5          MS. BROWN:  I can do it, your Honor.  I have like

6    what they call a status conference in state court.  I can

7    easily get that moved.

8          THE COURT:  That's terrific.  I appreciate that.

9          What about the witness?

10          THE WITNESS:  I am available, your Honor.

11          THE COURT:  All right.  I want to reconvene this at

12    9 o'clock on Wednesday morning because I want to give us

13    time -- by the way, I might cut the expert loose.  You might

14    not have to come back.  I've just got to think about it a

15    little bit because I might have questions for you, and

16    Attorney Brown probably has some follow up after that

17    actually.

18          MS. BROWN:  I do have a little bit, your Honor.

19    Thank you.

20          THE COURT:  So you'll be back, and we do appreciate

21    your participation.

22          I want counsel to know where my mind is at.  I

23    wasn't very open to many of these arguments this morning the

24    defense is making and frankly -- and I'm probably not that

25    open to many of them now except that I do think there's a

1   decent argument.  I went back and checked your brief, Attorney

2   Brown, to see if you were arguing this, and you do, that the

3   real deficit here might have been not retaining an accountant.

4   The thing is there's a lot though -- as is being demonstrated

5   now on cross, there's a lot though that even having an

6   accountant wouldn't have solved in this case.

7           There is the fact that the numbers don't match up

8   even using the accrual basis.  More was requested here than

9   was performed by these contractor employees.  That seems to be

10  the case doing the math.

11          So, you know, that leaves falsehood even under an

12  accrual method.  That's a problem.

13          There's a problem -- you know, a lot of these

14  problems, this idea of accrual, we've had the lawyers in,

15  we've had the defendant in, and we don't have any idea that

16  she brought this up.  And I forgot the fact until I heard it a

17  minute ago that she's an MBA.  The idea that she wouldn't have

18  raised this if it had any truth to it is problematic.

19          That said, not hiring an accountant is a powerful

20  argument, Attorney Brown, and I don't reject it.

21          So that's what I'm kind of thinking about.  I'm

22  going to want to talk more about this on Wednesday and hear

23  your arguments, but right now I'm just up against something

24  else.  So we'll reconvene then.

25          And here's the thing, I want to take it one step

 1    further, develop it one step further what I just told counsel

 2    so you can think about it, is that on the evidence probably I

 3    think even under accrual method there's still false statements

 4    here.  All right?

 5            There's all kinds of problems.  These signatures on

 6    the invoices are very problematic, right?  They're made to

 7    look like signatures.  They're clearly computer generated, but

 8    they're meant to suggest that the employees had something to

 9    do with it and submitted them.  That's a problem.

10            The arguments about the closings, that's not going

11    anywhere.  Even if I agree, those seem to be strategy tactics,

12    very explainable within the reasonable realm of practice.

13            But your argument about the indictment, Attorney

14    Brown, has some teeth because when you listen to what the

15    expert told us today, if one accepts the idea that this is

16    financial reporting, and Mr. Aframe has undermined that idea,

17    he has, but if these forms are financial reporting, if one

18    accepts the idea that they're supposed to be done on accrual

19    method and weren't -- well, they were supposed to be done and

20    that that was sort of what was -- it might make the indictment

21    difficult to defend.  Like they characterize these statements

22    as payment because the forms use the word outlay, right, and

23    it says payment.  It may be a scenario where the defendant was

24    dealing with an indictment that just doesn't reflect the

25    reality of the evidence and the regulatory scheme.  That is

 1    something I'm thinking about that may be retaining an expert

 2    would have fleshed out.  That's really still pretty far

 3    afield, but I'm just trying to determine in my own mind if

 4    that was below, if it was below -- number one, if it was below

 5    the level of acceptable practice, and number two, even if they

 6    had done it though, we get back to the factual issue which is

 7    even under an accrual method there might be some falsehood in

 8    these statements, but, you know, I'm wondering how it would

 9    have gone.  Would I have dismissed the indictment?  Probably

10    not.  I might have called it a jury question.  Would I have

11    ordered a bill of particulars that might have fleshed this out

12    more?

13              This has become very I wouldn't say complicated but

14    attenuated, and so that's why I don't just want to pull the

15    plug on this now.  I want to hear more about it and I want to

16    talk about it.

17              So I'll see you Wednesday at 9:00 a.m., all right?

18              Jadean, that preliminary pretrial, we'll just bump

19    that out.

20              THE CLERK:  I will move it, yeah.

21              THE WITNESS:  Your Honor, I have a quick question.

22    Am I going to remain under oath until Wednesday morning?

23              THE COURT:  Well, are you testifying anywhere else?

24              THE WITNESS:  No.

25              MS. BROWN:  I do have some redirect, you know, I

1  guess, yeah.

2          THE COURT:  Oh, under oath in terms of

3  consultation?  Yeah.  No consulting with either side.

4          Sorry to be a wise guy.  I didn't mean it.

5          THE WITNESS:  Oh, no.  It's all good.  I just want

6  to make sure I don't get anybody in trouble, including myself.

7          THE COURT:  All right then.  I'll see you then.

8          MS. BROWN:  Thank you, your Honor.

9          THE WITNESS:  Thank you, your Honor.

10          (Conclusion of hearing at 12:11 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        C E R T I F I C A T E

2

3

4        I, Susan M. Bateman, do hereby certify that the

5   foregoing transcript is a true and accurate transcription of

6   the within proceedings, to the best of my knowledge, skill,

7   ability and belief.

8

9
    Submitted: 3-15-21            /s/   Susan M. Bateman _____
10                                SUSAN M. BATEMAN, RPR, CRR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25