# United States Court of Appeals
## For the First Circuit

_____

No. 21-1265

SUZANNE BROWN,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.
_____

Before

Howard, Chief Judge,
Lynch and Barron, Circuit Judges.
_____

**JUDGMENT**

Entered: November 15, 2021

    Petitioner-Appellant Suzanne Brown seeks a certificate of appealability ("COA") to appeal from the merits-based denial of her 28 U.S.C. § 2255 motion in the district court. Petitioner-Appellant also moves for the appointment of counsel.

    To be granted a COA, a petitioner must make "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), such that "reasonable jurists would find the district court's assessment of [her] constitutional claims debatable or wrong," Slack v. McDaniel, 529 U.S. 473, 484 (2000).

    We have considered those grounds properly presented to the district court and developed sufficiently by petitioner in her COA application. See Butterworth v. United States, 775 F.3d 459, 468 (1st Cir. 2015) ("It is black-letter law that arguments not presented to the trial court are, with rare exceptions, forfeited on appeal.") (internal quotation marks and alteration omitted); Peralta v. United States, 597 F.3d 74, 84 (1st Cir. 2010) ("Having failed to request a COA as to those issues in either the district court or the court of appeals, [petitioner] has waived his right to appellate review of those issues.").

After careful review of Petitioner-Appellant's submissions and of the record below, we conclude that the district court's procedural handling of and substantive disposition of the motion were neither debatable nor wrong and that Petitioner-Appellant has therefore failed to make "a substantial showing of the denial of a constitutional right." Accordingly, the request for a COA is **DENIED**.

We separately conclude that Petitioner-Appellant has not shown her entitlement to the appointment of counsel, and the motion for appointment of counsel is hereby **DENIED**.

The appeal is **TERMINATED**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Donna J. Brown
Suzanne E. Brown
Seth R. Aframe
Georgiana MacDonald